AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

ALICE N. SALAS

V.

JAMES JI COMPANY,
JJ PACIFIC DEVELOPMENT CORPORATION,
JAMES JI, AND HUANG LEE

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **02-00002**

**FILED**
DISTRICT COURT OF GUAM

FEB - 8 2002

MARY L. M. MORAN
CLERK OF COURT

TO: (Name and address of defendant)

James Ji Enterprise
378 Machante Street
Route 8
Maite, Guam

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

SANDRA D. LYNCH, ESQ.
BROOKS LYNCH TYDINGCO & QUAN LLP
251 MARTYR STREET
C & A BUILDING, SUITE 101
HAGATNA, GUAM 96910

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Mary L. M. Moran
CLERK

(BY) DEPUTY CLERK

FEB -6 2002
DATE

ORIGINAL

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☑ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/8/02
             Date                    Signature of Server

JAY ANDERSON, Brooks Lynch Tyshkodann
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.