FILED
DISTRICT COURT OF GUAM

FEB 2 8 2002

MARY L.M. MORAN
CLERK OF COURT

# United States District Court

DISTRICT OF ⎯⎯⎯⎯⎯⎯⎯⎯⎯

ALICE N. SALAS

## SUMMONS IN A CIVIL CASE ⑦

**V.**

JAMES JI ENTERPRISE,
JJ PACIFIC DEVELOPMENT CORPORATION,
JAMES JI, and HUANG LEE

CASE NUMBER:    02–00002

TO: (Name and address of defendant)

J J Pacific Development Corporation
P.O. Box 6403
Tamuning, Guam 96931

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

SANDRA D. LYNCH, ESQ.
BROOKS LYNCH TYDINGCO & QUAN LLP
251 MARTYR STREET
C & A BUILDING, SUITE 101
HAGATNA, GUAM 96910

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Mary L. M. Moran
_____
CLERK

_____
(BY) DEPUTY CLERK

FEB - 8 2002
_____
DATE

ORIGINAL

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE _2/15/02_ |
|---|---|
| NAME OF SERVER (PRINT) _CHARLES T. Damian_ | TITLE _Process Server_ |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: _J.J. Pacific Development Corporation at. #201-1 RT-8 Maite Plaza, Maite Guam_

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _Aubrey Lee Corporate Officer (H) 734-5362 (W) 477-9220_

☐ Returned unexecuted: _____

_____

☐ Other (specify): _____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL _$35.00_ |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___2/15/08___          _Charles Damian_
                Date                         Signature of Server

                                 _P.O. BOX 1378 Hagatna Guam_
                                      Address of Server

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.