P. E. BOX 12038
Taming 96913
689-5840
727-2008

FILED
DISTRICT COURT OF GUAM

MAR - 6 2002

MARY L.M. MORAN
CLERK OF COURT

10

## In the United States District Court
## District Court of Guam

| | | |
|---|---|---|
| Alice N. Salas, | ) | Civil Case No. 02-00002 |
|     Plaintiff | ) | |
| | ) | Answer to amended complaint |
| VS. | ) | for unlawful termination |
| | ) | under 28 USC1875 |
| | ) | |
| James Ji Enterprise | ) | |
| JJ Pacific Development | ) | |
| Corporation, James Ji, | ) | |
| And Hyung Ho Lee, | ) | |
|     Defendants | ) | |
| | ) | |

Comes now defendants, James Ji Enterprise, JJ Pacific Development Corporation, James Ji, and Hyung Ho Lee in answer to amended complaint for unlawful termination under 28 USC1875:

1. Defendants have the right to legal counsel representation.
2. Defendants request for thirty (30) days extension to seek legal counsel in answer to amended complaint items 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22.

Respectfully submitted this 6th day of March 2002.

By: _____
Hyung Ho Lee
Prose

By: _____
Young Ha Lee
for Hyung Ho Lee (James Ji)
JJ Pacific Development Corporation
Prose

# ORIGINAL

March 5, 2002

To Whom It May Concern:

I Hyung Ho Lee authorized Young Ha Lee to handle Civil Case No. 02-00002 with the court or plantiff lawyers.

Sincerely ,

Hyung Ho Lee