FILED
DISTRICT COURT OF GUAM

MAR - 8 2002

MARY L.M. MORAN
CLERK OF COURT



# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| ALICE N. SALAS,<br><br>    Plaintiff,<br><br>    vs.<br><br>JAMES JI ENTERPRISE,<br>JJ PACIFIC DEVELOPMENT<br>CORPORATION, JAMES JI, and<br>HUANG LEE,<br><br>    Defendants. | Civil Case No. 02-00002<br><br><br><br>ORDER |

On February 6, 2002, the Plaintiff filed the Complaint in the above-captioned case. On February 8, 2002, the Plaintiff filed an Amended Complaint. On March 6, 2002, the Defendants filed a pleading captioned "Answer to amended complaint for unlawful termination under 28 USC 1875" ("Answer"). This Answer, however, did not admit to or deny any of the allegations in the Amended Complaint. Instead, the Answer requested a thirty (30) extension to seek legal counsel so that an answer to the Amended Complaint could be filed. Accordingly, the Court will characterize this pleading as a motion for an extension of time. The Court hereby GRANTS the Defendants' request for a 30-day extension to file an answer to the Amended Complaint.

SO ORDERED this 8th day of March, 2002.

JOHN S. UNPINGCO
District Judge