FILED
DISTRICT COURT OF GUAM

# United States District Court

MAR 1 8 2002

MARY L.M. M...
CLERK OF COURT

─────────── DISTRICT OF ───────────

ALICE N. SALAS

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 02-00002

JAMES JI ENTERPRISE,
JJ PACIFIC DEVELOPMENT CORPORATION,
JAMES JI, and HUANG LEE

TO: (Name and address of defendant)

James Ji
3 Hall Drive
Orinda, CA 94563-3612

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

SANDRA D. LYNCH, ESQ.
BROOKS LYNCH TYDINGCO & QUAN LLP
251 MARTYR STREET
C & A BUILDING, SUITE 101
HAGATNA, GUAM 96910

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Mary L. M. Moran
CLERK

FEB - 8 2002
DATE

(BY) DEPUTY CLERK

ORIGINAL

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 3-07-02 @ 5:43 PM |
| NAME OF SERVER (PRINT) Jeanne M. Kosta | TITLE Registered Process Svr. |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 3 Hall Drive, Orinda, Calif.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | $55.00 | $55.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3/11/02
Date

Signature of Server: Jeanne M. Kosta

Address of Server: 936 Dewing Ave, #E-1
Lafayette, Ca. 94549
(925) 284-3990

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Sandra D. Lynch, Esq.,
Brooks, Lynch, Tydingco & Quan, LLP
251 Martyr Street, Ste. 101
Hagatna, Guam, 96910-5190
(671) 472-6848

Ref. No. or File No.

ATTORNEY FOR (Name): Plaintiff

Insert name of court, judicial district or branch court, if any:

No Court Listed

, CA

PLAINTIFF:
Salas

DEFENDANT:
James Ji Enterprise, et al

| PROOF OF SERVICE (Summons) | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: 02-00002 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action, and **I served copies** of the following:

   Summons & Amended Complaint

2. a. Party served: James Ji

   b. Person served: party in item 2.a.

   c. Address: 3 Hall Drive
   Orinda, CA 94563
   (HOME)

3. I served the party named in item 2
   a. **by personally delivering** the copies (1) on (date): March 7, 2002  (2) at (time): 05:43 pm.

4. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. as an individual defendant.

5. **Person serving** (name, address, and telephone number):
   Jeanne M. Kosta
   PROFESSIONAL PROCESS SERVICE
   936 Dewing Ave., Ste. E-1
   Lafayette, CA 94549
   (925) 284-3990

   a. **Fee** for service: $55.00
   d. Registered California process server.
      (1) Employee or independent contractor
      (2) Registration No.: 468
      (3) County: Contra Costa
      (4) Expiration (date): October 1, 2002

6. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: March 11, 2002

*Jeanne M. Kosta*
Jeanne M. Kosta

982(a)(23) [New July 1, 1987]

PROOF OF SERVICE
(Summons)

Code Civ. Proc., §417.10(f)

02-1516/BProof29