SANDRA D. LYNCH, Esq.
BROOKS LYNCH & TYDINGCO LLP
251 Martyr Street, Suite 101
Hagåtña, Guam 96910

Telephone: (671) 472-6848
Facsimile: (671) 477-5790

*Attorneys for Plaintiff Alice N. Salas*

FILED
DISTRICT COURT OF GUAM
APR 1 8 2002
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| ALICE N. SALAS,<br><br>    Plaintiff,<br><br>vs.<br><br>JAMES JI ENTERPRISE<br>JJ PACIFIC DEVELOPMENT<br>CORPORATION, JAMES JI,<br>and HUANG LEE,<br><br>    Defendants. | CIVIL ACTION<br>CASE NO. 02-00002<br><br>**DECLARATION<br>OF COUNSEL** |

I, Sandra D. Lynch, Esq., hereby declare that:

1. I am counsel for the Plaintiff Alice N. Salas.

2. On April 8, 2002 I prepared and submitted to defendant Huang Lee, as agent for JAMES JI ENTERPRISE and JJ PACIFIC DEVELOPMENT CORPORATION, my proposed Scheduling Order.

3. Since delivering a copy of the Amended Scheduling order to Mr. Lee'S office, I have

1 | requested comments on the proposals. To date, I have heard nothing regarding the same.

3 | Respectfully submitted this 17th day of April, 2002.

**BROOKS LYNCH TYDINGCO & QUAN LLP**

By: _____
Sandra D. Lynch, Esq.
Attorneys for Plaintiff Alice N. Salas

*Alice N. Salas vs. James Ji Enterprise, et al.*
*Civil Case No. 02-00002*
*Declaration of Counsel*          2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the Counsel's Declaration was served by facsimile and hand delivery on April 18, 2002 to Defendants, at 378 Machaute Street, Route 8, Maite, Guam.

By: *Sandra D. Lynch* 
Sandra D. Lynch, Esq.

*Alice N. Salas vs. James Ji Enterprise, et al.*
*Civil Case No. 02-00002*
*Declaration of Counsel*           3

SANDRA D. LYNCH, ESQ.
BROOKS LYNCH & TYDINGCO LLP
C&A BUILDING, SUITE 101
251 MARTYR STREET
HAGÅTÑA, GUAM 96910

*Attorneys for Alice N. Salas*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

| | | |
|---|---|---|
| ALICE N. SALAS | ) | CIVIL CASE NO. 02-00002 |
| Plaintiff, | ) | |
| vs. | ) | **SCHEDULING ORDER** |
| JAMES JI ENTERPRISE, JJ PACIFIC DEVELOPMENT CORPORATION, JAMES JI, and HUANG LEE, | ) ) ) ) | |
| Defendants. | ) | |

Pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure, and Local Rule 16.1 for the District Court of Guam, the parties hereby submit the following Scheduling Order:

1. The nature of the case is as follows: Plaintiff filed suit against her former employers, James Ji Enterprises, their affiliates and their agents, under Title 28, United States Code [hereinafter 28 USC] Section 1875, et seq., alleging that she was unlawfully discharged from her employment as a result of her federal jury service.

2. There are no motions filed or pending in this matter. Discovery has not been initiated by either party at this time.

3. All motions to add parties and claims shall be filed on or before **May 23, 2002** and

heard on **June 21, 2002.**

4. All motions to amend pleadings shall be filed on or before **May 23, 2002** and heard on **June 21, 2002.**

5. Status of Discovery:

    a)    The times for disclosures under Rules 26(a) and 26(e) of the Federal Rules of Civil Procedure are modified as follows:

1. The "Initial Disclosures" described in subsections (A), (B), (C) and (D) of FRCP Rule 26(a)(1) have not yet been exchanged. [Pursuant to local rule, these are not to be filed].

2. The "Disclosure of Expert Testimony" as required under FRCP Rule 26(a) shall be made at least 90 days before the trial date or by **July 9, 2002**.

3. The "Pretrial Disclosures" described in FRCP Rule 26(a)(3)(A), (B) and (C) shall be made at least 30 days before the trial date or by **September 6, 2002.**

    b) The following is a description and schedule of all pretrial discovery each party intends to initiate prior to the close of discovery:

    Plaintiff:    Interrogatories; Requests to Produce, Admissions, and depositions of management, owners, and employees

    Defendant:    Deposition of Plaintiff

6. The parties shall appear before the District Court on **May 7, 2002 at 3:15 p.m.** for the Scheduling Conference.

7. The discovery cut-off date (defined as the last day to file responses to discovery) is **June 17, 2002.**

8. The anticipated discovery motions are Motions to Compel from either party. All discovery motions shall be filed on or before **June 28, 2002** and heard on or **before July 19, 2002.** The anticipated dispositive motions are Motions for Summary Judgment by either party. All dispositive motions shall be filed on or before **July 26, 2002** and heard on or before **August 16, 2002.**

*Alice Salas vs. JJ Pacific Development, et al.*
*Civil Case No. CV02-00002*
*Scheduling Order*                       -2-

9. The prospects for settlement are unknown at this time.

10. The Preliminary Pretrial Conference shall be held on **September 13, 2002 at 3:15 p.m.** (no later than twenty-one (21) days prior to trial).

11. The parties' pretrial materials, discovery material, witness lists, designations and exhibit lists shall be filed on or before **September 23, 2002** (no later than fourteen (14) days prior to trial).

12. The Proposed Pretrial Order shall be filed on or before **September 23, 2002** (no later than fourteen (14) days prior to trial).

13. The Final Pretrial Conference shall be held on **September 30, 2002** (seven (7) days prior to trial).

14. The trial shall be held on **October 7, 2002, at 9:00 a.m.** (in no event shall the trial be later than 18 months after the complaint is filed, unless the Court otherwise allows).

15. The trial is not a jury trial.

16. It is anticipated that it will take **2 days** to try this case.

17. The names of counsel on this case are:

| | |
|---|---|
| For Plaintiff: | Sandra D. Lynch<br>Brooks Lynch & Tydingco LLP<br>251 Martyr Street, Suite 101<br>Agana, Guam 96910<br>Telephone: (671) 472-6848 |
| For Defendants: | Pro Se |

18. The parties wish to submit this case to a settlement conference.

19. The parties suggest that they Stipulate in advance to an interpreter to shorten the trial.

20. The following issues will also affect the status or management of the case:

>  At least one of the defendants is an off island resident.

>  Some of the defendants and witnesses are not fluent in English and require

*Alice Salas vs. JJ Pacific Development, et al.*
*Civil Case No. CV02-00002*
*Scheduling Order*                          -3-

1 | interpretation of the spoken and written word.

2 |     DATED this ____ day of April, 2002.

 

                                              **JOHN S. UNPINGCO**
                                              **Chief District Judge**

*APPROVED AS TO FORM AND CONTENT*:

For Plaintiff                                        For Defendant James Ji Enterprises

*[signature]*
_____                       _____
Sandra D. Lynch, Esq.
Brooks Lynch & Tydingco LLP

For Defendant JJ Pacific Development Corp.    For Defendant James Ji

_____                       _____

For Defendant Huang Lee

_____

*Alice Salas vs. JJ Pacific Development, et al.*
*Civil Case No. CV02-00002*
*Scheduling Order*                           -4-