DISTRICT COURT OF GUAM
TERRITORY OF GUAM
HONORABLE JOHN S. UNPINGCO, CHIEF JUDGE, PRESIDING

FILED
DISTRICT COURT OF GUAM
MAY - 7 2002
MARY L.M. MORAN
CLERK OF COURT

## CIVIL MINUTES - GENERAL

CASE NO. CV-02-00002    DATE: 05-07-02    TIME: 3:25

CAPTION: ALICE N. SALAS -vs- JAMES JI COMPANY, et al.

***

PATRICIA T CRUZ, Courtroom Deputy/_____
WANDA M. MILES, Court Reporter_____, ECR - TAPE NO._____
Taijeron/Lizama/Quinata/McDonald/Edrosa/Pereda/Torres/Camacho, Court Security    Marshals:_____

HATTORI/RAZZANO, Law Clerk
WUMSLEY

_____, Designated Judge ( ) District Court (Visiting)    ( ) Superior Court

*** APPEARANCES ***

**COUNSEL FOR PLAINTIFF(s):**

SANDRA LYNCH

**COUNSEL FOR DEFENDANT(s):**

***

**PROCEEDINGS:** SCHEDULING CONFERENCE

( ) MOTION(S) ARGUED BY  ( ) PLAINTIFF  ( ) DEFENDANT

( ) MOTION(s) ___Granted ___Denied ___Settled ___Withdrawn ___Under Advisement

( ) ORDER SUBMITTED ___Approved ___Disapproved

(X) ORDER to be Prepared By: COURT (THIS WEEK)

( ) PROCEEDINGS CONTINUED TO: _____ at _____

**NOTES:** DEFENDANT NOT PRESENT. COURT TO ISSUE AN ORDER TO SHOW CAUSE. S. LYNCH TO PREPARE A MOTION FOR DEFAULT JUDGMENT. Court adopts dates stated in plaintiff's scheduling order.

COURTROOM DEPUTY: _____
L:\docs\MINUTE.CVG

END TIME: 3:30 pm