FILED
DISTRICT COURT OF GUAM
MAY - 9 2002
MARY L. M. MORAN
CLERK OF COURT

16

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| ALICE N. SALAS,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES JI ENTERPRISE, JJ PACIFIC DEVELOPMENT CORPORATION, JAMES JI, and HUANG LEE,<br><br>Defendants. | Civil Case No. 02-00002<br><br>ORDER |

On May 7, 2002, at 3:15 p.m., this case came before the Court for a Scheduling Conference. In appearance was Ms. Alice Salas and her attorney, Ms. Sandra Lynch. The defendants failed to appear. Accordingly, the Court hereby orders the defendants to show cause why they should not be sanctioned for their failure to appear at the May 7, 2002 Scheduling Conference. The defendants shall file their written response no later than seven (7) days following personal service on them. In addition, the Court adopts the dates as set forth in Ms. Lynch's Proposed Scheduling Order filed with this Court on April 18, 2002.

SO ORDERED this 9th day of May, 2002.

JOHN S. UNPINGCO
District Judge