FILED
DISTRICT COURT OF GUAM
MAY 16 2002
MARY L. M. MORAN
CLERK OF COURT

May 16, 2002

From: Hyung Ho Lee
To: Attorney Sandra D. Lynch of Brooks, Lynch, Tydingco & Quan, LLP
Ref: Civil Case No. 02-00002, Alice N. Salas, Plaintiff

I apologize for not appearing in court on May 7, 2002 due to misreading the court papers and family obligation.

Upon picking up documents from the District court, I misread the date that I was to appear in court on May 23, 2002. I didn't realize that I was to appear in court on May 7, 2002, until I received a document to respond why I didn't make an appearance on May 7, 2002.

I had informed my consultant and my other advisor concerning this case, and I had depended on my advisor to inform me as to how the negotiation is coming along.

Also, I was in Saipan for my Nephews Baptism that day.

Once again, please accept my apology and could you please reschedule to another date and time.

Sincerely Yours,

Hyung Ho Lee

ORIGINAL