SANDRA D. LYNCH, ESQ.
BROOKS LYNCH & TYDINGCO LLP
C&A Building, Suite 101
251 Martyr Street
Hagatna, Guam 96910

*Attorneys for Alice N. Salas*

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF GUAM

| | |
|---|---|
| ALICE N. SALAS, | CIVIL CASE NO. 02-00002 |
| Plaintiff, | |
| vs. | |
| JAMES JI ENTERPRISE, JJ PACIFIC DEVELOPMENT CORPORATION, JAMES JI, and HUANG LEE, | **AFFIDAVIT OF PLAINTIFF IN SUPPORT OF APPLICATION FOR DEFAULT JUDGMENT** |
| Defendants. | |

I, Alice N. Salas, hereby affirm and declare as follows:

1. I am the plaintiff in the above styled matter and therefore have personal knowledge of the information contained herein, and am therefore competent to testify thereto;

2. I was employed by James Ji Enterprise, JJ Pacific Development and James Ji as a secretary, receptionist, and general office assistant beginning July 30, 2001. I worked approximately 25 hours per week, at a salary of $6.50 per hour;

3. On Friday, August 24, 2001 I received a summons to appear at the United States

Alice N. Salas v. James Ji Enterprises, et al.
Civil Case No. 02-00002
Affidavit of Plaintiff in Support of Application for Default Judgment

FILED
DISTRICT COURT OF GUAM
MAY 17 2002
MARY L. M. MORAN
CLERK OF COURT

District Court of Guam for jury duty on Monday, August 27, 2001. I immediately provided a written notice to the defendants, via Defendant Lee, regarding the summons for jury duty;

4. On Monday, August 27, 2001, Defendants were provided with a Notice to Employer by the U.S. Marshalls, regarding 28 USC Section 1875 "Protection of Jurors' Employment." I attached a copy of this Notice and my Summons to my complaint filed in this Court;

5. I was selected and was sequestered with the other jurors beginning on Friday, September 7, 2001 for a trial to begin the next Monday. The Deputy Clerk of the District Court provided a Notice to my employer of my selection with the trial to begin on September 10, 2001;

6. Since I was sequestered, on September 12, 2001 a U.S. Marshall picked up my pay check for the pay period ending August 31, 2001, in the amount of $606.30;

7. The jury trial lasted approximately two weeks. I did not receive any pay during that period of time from my employer. Once I was released from jury duty, on or about September 24, 2001, I telephoned my employer and asked when I should report to work. I was told that I would be contacted later;

8. From September 24, I made several calls and went to my employer and asked when I could return to work. I got no response, and often was told that I would be called. On or about October 15, I was finally told to report to work, but I was given fewer hours than I had previously worked. Once I returned to work, Defendants were hostile, disrespectful, and refused to speak with me unless it was absolutely necessary;

9. I was embarrassed, humiliated, and depressed by the treatment I received after I returned to work. I felt that I was not wanted there, and that I was being forced to

Alice N. Salas v. James Ji Enterprises, et al.
Civil Case No. 02-00002
Affidavit of Plaintiff in Support of Application for Default Judgment
-2-

Case 1:02-cv-00002    Document 20    Filed 05/17/2002    Page 2 of 3

resign because I had served on jury duty. I worked until October 26, and on October 29, I resigned due to the hostility and disdain I experienced at work;

10. I have placed several applications for employment since I resigned, but have been unable to find employment. I expected to work for James Ji Enterprises for the next few years, since I enjoyed my job, and I was good at it. There is still to my knowledge a person employed as a secretary, receptionist and performing the same or similar job that I was doing before my jury service. Based on my part-time earnings, I could have expected to earn approximately $16,380 per year after taxes, as shown by my pay check of September 12, 2001.

Respectfully submitted this 16th day of May, 2002.

*[signature]*
Alice N. Salas

Alice N. Salas v. James Ji Enterprises, et al.
Civil Case No. 02-00002
Affidavit of Plaintiff in Support of Application for Default Judgment
-3-

Case 1:02-cv-00002    Document 20    Filed 05/17/2002    Page 3 of 3