SANDRA D. LYNCH, ESQ.
BROOKS LYNCH & TYDINGCO LLP
C&A BUILDING, SUITE 101
251 MARTYR STREET
HAGÅTÑA, GUAM 96910

*Attorneys for Alice N. Salas*

FILED
DISTRICT COURT OF GUAM
MAY 17 2002
MARY L. M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

| | |
|---|---|
| ALICE N. SALAS, ) | CIVIL CASE NO. 02-00002 |
| Plaintiff, ) | |
| vs. ) | **CERTIFICATE OF SERVICE** |
| JAMES JI ENTERPRISE, ) | |
| JJ PACIFIC DEVELOPMENT ) | |
| CORPORATION, JAMES JI, ) | |
| and HUANG LEE, ) | |
| Defendants. ) | |

I, KATHRYN W. LITTLEPAGE, Legal Secretary, working in the law firm of **BROOKS LYNCH & TYDINGCO LLP** hereby certify that on or about the 17th day of May, 2002, I caused to be served by facsimile and hand delivery a copy of the Affidavit for default Judgment, Affidavit of Plaintiff in Support of Application for Default Judgment, and [proposed] Default Judgment to:

James Ji Enterprises
JJ Pacific Development Corporation
Huang Lee
378 Machaute Street
Route 8
Maite, Guam
(671) 477-2030

| | |
|---|---|
| 1 | On the 17th day of May, 2002, I also caused to be served a copy of the proposed |
| 2 | Scheduling Order by U.S. Mail to: |

James Ji
3 Hall Drive
Orinda, CA 94563-3612

*Kathryn W Littlepage*
**Kathryn W. Littlepage**
Legal Secretary