DISTRICT COURT OF GUAM

TERRITORY OF GUAM

ALICE N. SALAS,

    Plaintiff,

vs.

JAMES JI ENTERPRISE, JJ PACIFIC DEVELOPMENT CORPORATION, JAMES JI, and HUANG LEE,

    Defendants.

Civil Case No. 02-00002

ORDER

On February 6, 2002, the plaintiff filed the Complaint in the above-captioned case. On February 8, 2002, the plaintiff filed an Amended Complaint. On March 6, 2002, an individual by the name of Hyung Ho Lee filed a pleading captioned "Answer to amended complaint for unlawful termination under 28 USC 1875" ("Answer").[1] This Answer was allegedly filed on behalf of all defendants and was signed by Hyung Ho Lee proceeding "Prose" [sic].

Additionally, on May 16, 2002, Hyung Ho Lee filed a pleading in response to an Order directing defendants to show cause why they should not be sanctioned for failing to appear at the May 7, 2002 Scheduling Conference.

The Court notes that Hyung Ho Lee is not a named defendant on the Amended

---

[1] This Answer did not admit to or deny any of the allegations in the Amended Complaint. Rather, the Answer requested a thirty (30) extension to seek legal counsel so that an answer to the Amended Complaint could be filed. Accordingly, the Court characterized the pleading as a motion for an extension of time, which it granted on March 8, 2002.

Complaint, yet he continues to file pleadings on behalf of the defendants. The Court proposes that perhaps Hyung Ho Lee is the named defendant Huang Lee. In order to clarify this matter, the parties are ordered to meet and resolve this issue. The parties shall file a status report of their meeting to the Court no later than June 6, 2002. If indeed Hyung Ho Lee is the named defendant Huang Lee, the plaintiff shall request to correct the Amended Complaint to reflect the corrected spelling of defendant's name.

SO ORDERED this 24th day of May, 2002.

JOHN S. UNPINGCO
District Judge