```
1  BERMAN O'CONNOR MANN & SHKLOV
   Suite 503, Bank of Guam Bldg.
2  111 Chalan Santo Papa
   Hagåtña, Guam 96910
3  Telephone: (671) 477-2778

4  Attorneys for Defendant
   James Ji Enterprises, Inc. et al.
```

FILED
DISTRICT COURT OF GUAM
JUN - 5 2002
MARY L. M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ALICE N. SALAS, | CIVIL CASE NO. CV02-00002 |
| Plaintiff, | |
| v. | **APPEARANCE OF COUNSEL AND REQUEST FOR SERVICE** |
| JAMES JI ENTERPRISES, JJ PACIFIC DEVELOPMENT CORPORATION, JAMES JI AND HUANG LEE, | |
| Defendant. | |

### APPEARANCE OF COUNSEL AND REQUEST FOR SERVICE

BERMAN O'CONNOR MANN & SHKLOV enters an appearance on behalf of JAMES JI ENTERPRISES, INC., JJ PACIFIC DEVELOPMENT CORPORATION, JAMES JI and BRUCE HYUNG-HO LEE, and requests that all notices given or required to be given in the case, be given to and served upon the undersigned at the office and address set forth below:

**BERMAN O'CONNOR MANN & SHKLOV**
Suite 503, Bank of Guam Bldg.
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778

Please take further notice that pursuant to the Rules, the foregoing request includes the

E:\Jean\Plds\887.wpd

## ORIGINAL

notices and papers referred to in the Rules specified above and also includes, without limitation, notices of any orders, application, complaints, demands, hearings, motions, petitions, pleadings or requests, and any other documents brought before this Court in this case, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

DATED this 5th day of June, 2002.

**BERMAN O'CONNOR MANN & SHKLOV**
Attorneys for Defendants

By: _____
MICHAEL J. BERMAN

E:\Jean\Plds\887.wpd