BERMAN O'CONNOR MANN & SHKLOV
Suite 503, Bank of Guam Bldg.
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778

Attorneys for Defendant
James Ji Enterprises, Inc. et al.

FILED
DISTRICT COURT OF GUAM
JUN - 5 2002
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ALICE N. SALAS, | CIVIL CASE NO. CV02-00002 |
| Plaintiff, | |
| v. | ANSWER |
| JAMES JI ENTERPRISES, JJ PACIFIC DEVELOPMENT CORPORATION, JAMES JI AND HYUNG-HO LEE, | |
| Defendant. | |

The Defendants JAMES JI ENTERPRISES, INC., JJ PACIFIC DEVELOPMENT CORPORATION, JAMES JI and HYUNG-HO LEE, ("the Defendants"), by and through undersigned legal counsel, hereby answer Plaintiff's Amended Complaint as follows:

1. The Defendants admit all the allegations contained in paragraphs 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13 and 14.

2. The Defendants deny all the allegations contained in paragraphs 16, 17, 18, 19, 20, 21 and 22.

3. The Defendants admit those allegations contained in paragraph 15 that the jury trial ended after approximately two weeks and that after jury duty the Plaintiff requested to

E:\Jean\Plds\888.wpd

Salas v. James Ji Enterprises, Inc.  
ANSWER

CV02-00002  
Page 2

---

return to work. The Defendants deny however that they refused to permit Plaintiff to return to work.

WHEREFORE, Defendants request that the Court award the following relief:

1. That Plaintiff be denied any and all relief requested in her Amended Complaint.

2. That the Defendants be awarded costs of suit and reasonable attorneys fees.

3. That the Court award such other relief to Defendants as it deems just and reasonable.

DATED this 5th day of June, 2002.

BERMAN O'CONNOR MANN & SHKLOV  
Attorneys for Defendants

By: *(signature)*  
MICHAEL J. BERMAN

E:\Jean\Plds\888.wpd