**SANDRA D. LYNCH, ESQ.**
BROOKS LYNCH & TYDINGCO LLP
C&A Building, Suite 101
251 Martyr Street
Hagatna, Guam 96910

Telephone (671) 472-6848
Facsimile (671) 477-5790

*Attorneys for Alice N. Salas*

FILED
DISTRICT COURT OF GUAM
JUN - 6 2002
MARY L.M. MORAN
CLERK OF COURT
25

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

| | |
|---|---|
| ALICE N. SALAS, <br><br> Plaintiff, <br><br> vs. <br><br> JAMES JI ENTERPRISE, JJ PACIFIC DEVELOPMENT CORPORATION, JAMES JI, and HUANG LEE, <br><br> Defendants. | CIVIL CASE NO. 02-00002 <br><br><br> **PLAINTIFF'S STATUS REPORT** |

COMES NOW Plaintiff through her counsel of record and files the following Status Report:

1. In the Complaint and First Amended Complaint, Plaintiff named Huang Lee as a co-defendant in this matter;

2. Hyung Ho Lee has filed documents representing himself as Defendant in this matter, and has signed for or received documents generated by this office addressing the defendant as Huang Lee;

3. On May 31, 2002, Hyung Ho Lee asserted that he is the defendant, and that he knows of no one named Huang Lee (see Affidavit of Kathryn W. Littlepage, attached);

4. Plaintiff will request to file a Second Amended Complaint, listing "Hyung Ho Lee

ORIGINAL

aka Huang Lee" as co-defendant.

Respectfully submitted this 5th Day of June, 2002.

**BROOKS LYNCH & TYDINGCO LLP**

By: _____
Sandra D. Lynch, Esq.

*Alice N. Salas v. James Ji Enterprises, et al.*
*Civil Case No. 02-00002*
*Plaintiff's Status Report*

-2-

SANDRA D. LYNCH, ESQ.
BROOKS LYNCH & TYDINGCO LLP
C&A Building, Suite 101
251 Martyr Street
Hagatna, Guam 96910

Telephone: (671) 472-6848
Facsimile: (671) 477-5790

*Attorneys for Alice N. Salas*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

| | |
|---|---|
| ALICE N. SALAS, | CIVIL CASE NO. 02-00002 |
| Plaintiff, | |
| vs. | |
| JAMES JI ENTERPRISE, JJ PACIFIC DEVELOPMENT CORPORATION, JAMES JI, and HUANG LEE, | **AFFIDAVIT OF KATHRYN W. LITTLEPAGE** |
| Defendants. | |

I, Kathryn W. Littlepage, hereby affirm and declare as follows:

1. I am over eighteen (18) years of age and of sound mind;

2. I am employed by the law firm of BROOKS LYNCH & TYDINGCO LLP, am legal secretary to Sandra D. Lynch, Esq. have personal knowledge of the information contained herein, and am therefore competent to testify thereto;

3. On May 31, 2002 at approximately 9:30 a.m., I spoke with a person who identified himself as Hyung Ho Lee.

3. Mr. Lee stated that he is the defendant in this matter, that he is proceeding *pro se* in this matter, and that he knows of no one named Huang Lee. He affirmed that his name is

spelled incorrectly on the Amended Complaint.

Further affiant sayeth naught this 5th day of June, 2002.

_Kathryn W. Littlepage_
Kathryn W. Littlepage

HAGÅTÑA )
                  ) ss:
GUAM )

**SUBSCRIBED AND SWORN** to before me on the day and year first above written by **KATHRYN W. LITTLEPAGE**

_____
NOTARY PUBLIC

Clare C. Leon Guerrero
Notary Public
In and for Guam U.S.A.
My Commission Expires Sept. 10, 2003
P.O. Box 4665 Hagatna, Guam 96932

*Alice Salas vs. James Ji Enterprises, et al.*
*United States District Court Civil Case No. 02-0002*
*Affidavit of Kathryn W. Littlepage*               -2-