SANDRA D. LYNCH, ESQ.
BROOKS LYNCH & TYDINGCO LLP
C&A Building, Suite 101
251 Martyr Street
Hagatna, Guam 96910

Telephone (671) 472-6848
Facsimile (671) 477-5790

*Attorneys for Alice N. Salas*

FILED
DISTRICT COURT OF GUAM
JUN - 6 2002
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF GUAM

| | |
|---|---|
| ALICE N. SALAS, <br><br> Plaintiff, <br><br> vs. <br><br> JAMES JI ENTERPRISE, JJ PACIFIC DEVELOPMENT CORPORATION, JAMES JI, and HUANG LEE, <br><br> Defendants. | CIVIL CASE NO. 02-00002 <br><br> **PLAINTIFF'S REQUEST TO CORRECT AMENDED COMPLAINT TO REMEDY SPELLING ERROR** |

COMES NOW Plaintiff through her counsel of record and, pursuant to the pleadings filed by Hyung Lee and the May 24 order of this Court, hereby moves to correct the Amended Complaint to reflect the corrected spelling of the first name of defendant "Huang Lee" as "Hyung Lee." Defendant Lee has no objection.

Respectfully submitted this 5th Day of June, 2002.

**BROOKS LYNCH & TYDINGCO LLP**

By: *Sandra D. Lynch*
Sandra D. Lynch, Esq.

ORIGINAL

LAW OFFICES OF
# BROOKS LYNCH & TYDINGCO LLP

TERRENCE M. BROOKS  
SANDRA D. LYNCH  
PHILLIP J. TYDINGCO  

Suite 101, C&A Building  
251 Martyr Street  
Hagåtña, Guam 96910-5190  

TELEPHONE: (671) 472-6848  
TELECOPIER: (671) 477-5790  
(671) 477-2915  
E-mail address: cbbmail@cbblaw.net  

DAVID RIVERA

June 3, 2002

Mr. Hyung Ho Lee  
JJ Pacific Development Corporation  
378 Machaute Street  
Route 8  
Maite, Guam

Re: *Civil Case No. 02-00002*  
*Alice Salas vs. James Ji Enterprise, JJ Pacific Development Corporation, James Ji and Huang Lee*

Dear Mr. Lee,

You have filed responses in the federal District Court in the above mentioned matter on your behalf and on behalf of Mr. Ji and the Corporation, JJ Pacific Development and James Ji Enterprises. In the Amended Complaint, your first name is mis-spelled as "HUANG." The Court's Order of May 24, 2002 points out this error and requests a correction. If you consent and agree to this correction of your first or given name, please sign and return this letter and I will submit it to the Court.

Sincerely,

Sandra D. Lynch, Esq.  
Attorney for Alice Salas

I am the defendant Mr. Lee.  
I consent to correct the error in spelling in Plaintiff's Amended Complaint from "Huang Lee" to "Hyung Ho Lee."

_____  
Hyung Ho Lee