SANDRA D. LYNCH, ESQ.
BROOKS LYNCH & TYDINGCO LLP
C&A BUILDING, SUITE 101
251 MARTYR STREET
HAGÅTÑA, GUAM 96910

*Attorneys for Alice N. Salas*

F I L E D
DISTRICT COURT OF GUAM

JUN - 6 2002

MARY L.M. MORAN
CLERK OF COURT

(27)

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

| | |
|---|---|
| ALICE N. SALAS | CIVIL CASE NO. 02-00002 |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| JAMES JI ENTERPRISE, JJ PACIFIC DEVELOPMENT CORPORATION, JAMES JI, and HUANG LEE, | |
| Defendants. | |

I, KATHRYN W. LITTLEPAGE, Legal Secretary, working in the law firm of **BROOKS LYNCH & TYDINGCO LLP** hereby certify that on or about the 5th day of June, 2002, I caused to be served by facsimile and hand delivery a copy of the Plaintiff's Status Report, Affidavit of Kathryn W. Littlepage, and Request to Correct Complaint to:

Michael Berman, Esq.
Attorney for Defendants
Suite 502, Bank of Guam Building, 111 Chalan Santo Papa
Hagåtña, Guam 96910

*Kathryn W. Littlepage*
**Kathryn W. Littlepage**
Legal Secretary

ORIGINAL