BERMAN O'CONNOR MANN & SHKLOV
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778

*Attorneys for James Ji Enterprise, et al.*

FILED
DISTRICT COURT OF GUAM
JUL 11 2002
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
DISTRICT COURT OF GUAM

| | |
|---|---|
| ALICE N. SALAS,<br><br>        Plaintiff,<br><br>vs.<br><br>JAMES JI ENTERPRISE, JJ PACIFIC DEVELOPMENT CORPORATION, JAMES JI, and HUANG LEE,<br><br>        Defendants. | CIVIL CASE NO. CV02-00002<br><br>**MOTION TO ENLARGE TIME AND MEMORANDUM OF POINTS AND AUTHORITIES** |

COMES NOW Defendants James Ji Enterprises, Inc., JJ Pacific Development Corporation, James Ji and Huang Ho-Lee, by and through undersigned legal counsel, and move for an enlargement of the Discovery cut-off date, the Motion cut-off date, the times for disclosure, the Preliminary Pre-Trial Conference, the Proposed Pre-Trial Order, the Final Pre-Trial Conference, and the Trial date in this matter as set forth in the scheduling Order dated May 13, 2002. Defendants motion is based on the attached Memorandum of Points and Authorities, and the record on file.

### MEMORANDUM OF POINTS AND AUTHORITIES

Pldg:/001/MV:tlg

Alice N. Salas vs. James Ji Enterprise, et al.,
Civil Case No. CV02-00002
MOTION TO ENLARGE TIME & MEMORANDUM OF POINTS & AUTHORITIES
Page 2

## FACTS

A Scheduling Order in the above captioned matter was entered by this Court on May 13, 2002. Counsel for Defendants were recently retained, thus there is a need to enlarge the dates set by this Court.

Plaintiffs counsel was contacted on June 25, 2002, and has no objection to the request for an enlargement of time.

## ARGUMENT

Rule 6 (b) of the Federal Rules of Civil Procedure states:

> **Enlargement.** When by these rules or by a notice given thereunder or by order of court and act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion (1) with or without motion or notice order the period enlarged if request therefore is made before the expiration of the period originally prescribed or as extended by a previous order, or (2) upon motion made after the expiration of the specified period permit the act to be done where the failure to act was the result of excusable neglect; but it may not extend time for taking any action under Rules 50 (b) and (c) (2), 52 (b), 59 (b), (d) and (e), 60 (b) and 74 (a), except to the extent under the conditions stated in them.

Defendants request that the Court enlarge the dates as set forth in the Scheduling Order in the above-captioned matter due to the recent entry of appearance of counsel in this case.

Defendants' Motion is based on good cause and should therefore be granted.

Respectfully submitted,

Dated: 07/09/02

MONICA VALLE, ESQ.
Berman O'Connor Mann & Shklov