Berman O'Connor Mann & Shklov
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778

*Attorneys for James Ji, et al.*

FILED
DISTRICT COURT OF GUAM
JUL 11 2002
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
DISTRICT COURT OF GUAM

| | |
|---|---|
| ALICE N. SALAS,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES JI ENTERPRISE, JJ PACIFIC DEVELOPMENT CORPORATION, JAMES JI, and HUANG LEE,<br><br>Defendants. | CIVIL CASE NO. CV02-00002<br><br>**DECLARATION OF COUNSEL** |

I, Monica Valle, do hereby declare:

1. I am counsel for James Ji Enterprises, Inc., JJ Pacific Development Corporation, James Ji, and Huang Ho-Lee.

2. That our office was recently retained by the Defendants.

3. That a Scheduling Order has been entered by this Court.

4. That an enlargement of time is requested in order to adequately prepare for trial and effectively represent the Defendants in this matter.

5. That opposing counsel Sandra Lynch, has indicated that she does not contest a continuance of the present dates set forth in the scheduling order.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated this 9 day of July, 2002.

*/s/ Monica Valle*
Monica Valle, Esq.

PLDG/002/MV:tlg