SANDRA D. LYNCH, ESQ.
BROOKS LYNCH & TYDINGCO LLP
C&A Building, Suite 101
251 Martyr Street
Hagatna, Guam 96910

Telephone (671) 472-6848
Facsimile (671) 477-5790

*Attorneys for Alice N. Salas*

FILED
DISTRICT COURT OF GUAM
JUL 15 2002
MARY L. M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

| | |
|---|---|
| ALICE N. SALAS, <br><br> Plaintiff, <br><br> vs. <br><br> JAMES JI ENTERPRISE, JJ PACIFIC DEVELOPMENT CORPORATION, JAMES JI, and HUANG LEE, <br><br> Defendants. | CIVIL CASE NO. 02-00002 <br><br> ~~PROPOSED~~ ORDER |

**IT IS HEREBY ORDERED** that the Amended Complaint be corrected to reflect the spelling of Defendant "Huang Lee" as "Hyung Lee." All further pleadings shall reflect the corrected name of HYUNG LEE.

**SO ORDERED:** JUL 15 2002

Honorable John S. Unpingco, Chief Judge
District Court of Guam

RECEIVED
JUN - 6 2002
DISTRICT COURT OF GUAM
HAGATNA, GUAM