BERMAN O'CONNOR MANN & SHKLOV
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778

Attorney for Defendants:
*James Ji, Enterprises et al.*

FILED
DISTRICT COURT OF GUAM

JUL 1 7 2002

MARY L. M. MORAN
CLERK OF COURT

31

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ALICE N. SALAS, | CIVIL CASE NO. 02-00002 |
| Plaintiff, | |
| vs. | **AGREEMENT OF HEARING DATE** |
| JAMES JI ENTERPRISES, JJ PACIFIC DEVELOPMENT CORPORATION, JAMES JI AND HYUNG LEE, | |
| Defendants. | |

## AGREEMENT OF HEARING DATE

Pursuant to Local Rule 7.1, the parties hereby acknowledge the following:

1.    I, Monica Valle, am the attorney for Defendants' James Ji Enterprises, JJ Pacific Development Corporation, James Ji and Hyung Lee, in this matter. I contacted the attorney for the opposing parties in this action, in order to agree upon a date for hearing on the Motion for Jury Trial.

2.    The attorney for the opposing party is:

Sandra Lynch, Esq.
Brooks Lynch Tydingco & Quan, LLP
251 Martyr Street, Suite 101
Hagåtña, Guam 96910

3.    I have attempted to contact opposing counsel via telephone and mail, but have not received a response from the opposing counsel.

4.    I respectfully request a hearing date to be set at the Court's discretion on _____.

PLDG/012/DJB:tlg

- 1 -

ORIGINAL

1

2

3

4

Dated this ⎿⎺⏋ day of July 2002.

5

Respectfully submitted,

6

BERMAN O'CONNOR MANN & SHKLOV

7

8

By: _____

9

**MONICA VALLE, ESQ.**
Attorney for Defendants
James Ji Enterprises, et al.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLDG/012/DJB:tlg

- 2 -