BERMAN O'CONNOR MANN & SHKLOV
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778

FILED
DISTRICT COURT OF GUAM
JUL 17 2002
MARY L. M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ALICE N. SALAS, | CIVIL CASE NO. 02-00002 |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| JAMES JI ENTERPRISES, JJ PACIFIC DEVELOPMENT CORPORATION, JAMES JI AND HYUNG-HO LEE, | |
| Defendants. | |

### CERTIFICATE OF SERVICE

I, hereby certify that a true and accurate copy of the Agreement of Hearing Date and Order was served on July 18th, 2002 on the individuals as set forth below:

### VIA HAND DELIVERY

Sandra D. Lynch, Esq.
Brooks Lynch Tydingco & Quan LLP
251 Martyr Street, Suite 101
Hagåtña, Guam 96910

_____
TINA M. LEON GUERRERO