BERMAN O'CONNOR MANN & SHKLOV
Suite 503, Bank of Guam Bldg.
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778

Attorneys for Defendant
*JAMES JI ENTERPRISES, INC. ET AL.*

FILED
DISTRICT COURT OF GUAM
JUL 24 2002
MARY L. M. MORAN
CLERK OF COURT

33

**IN THE DISTRICT COURT OF GUAM**

| | |
|---|---|
| ALICE N. SALAS, | CIVIL CASE NO. CV02-00002 |
| Plaintiff, | |
| v. | **ORDER** |
| JAMES JI ENTERPRISES, JJ PACIFIC DEVELOPMENT CORPORATION, JAMES JI AND HYUNG LEE, | |
| Defendant. | |

**ORDER**

The court has before it a Motion by James Ji Enterprises, JJ Pacific Development Corporation, James Ji and Hyung Lee, Defendants, for the Motion to Enlarge Time of the Discovery cut-off date, the Motion cut-off date, the times for disclosure, the Preliminary Pre-Trial Conference, the Proposed Pre-Trial Order, the Final Pre-Trial Conference, and the Trial date.

Upon due consideration of the motion, the court finds that Counsel for Defendants were recently retained, thus there is a need to enlarge the dates set by this Court.

THEREFORE, the Motion to Enlarge Time is granted. The following Scheduling Order shall be followed:

    1    All Motions to add parties and claims shall be filed on or before September 19, 2002 and heard on October 18, 2002.

    2.    All Motions to amend pleadings shall be filed on or before September 19, 2002 and heard on October 18, 2002.

E:\Jean\Plds\966.wpd

**ORIGINAL**

3. Status of Discovery:

(a) The times for disclosures under Rules 26(a) and 26(e) of the Federal Rules of Civil Procedure are modified as follows:

    1. The "Initial Disclosures" described in subsections (A), (B), (C) and (D) of FRCP Rule 26(a)(1) have not yet been exchanged. [Pursuant to local rule, these are not to be filed].

    2. The "Disclosure of Expert Testimony" as required under FRCP Rule 26(a) shall be made at least 90 days before the trial date or by November 8, 2002.

    3. The "Pretrial Disclosures" described in FRCP Rule 26(a)(3)(A), (B) and (c) shall be made at least 30 days before the trial dte or by January 10, 2003.

b) The following is a description and schedule of all pretrial discovery each party intends to initiate prior to the close of discovery:

Plaintiff Interrogatories Requests to Produce, Admissions, and depositions of management, owners, and employees.

Defendant: Deposition of Plaintiff, Requests to Produce; Admissions, Interrogatories.

6. The Discovery cut-off date (defined as the last day to file responses to discovery) is October 14, 2002.

7. The anticipated discovery motions are Motions to Compel from either party. All discovery motions shall be filed on or before October 25, 2002 and heard on or before November 15, 2002. The anticipated dispositive motions are Motions for Summary Judgment by either party. All dispositive motions shall be filed on or before November 22, 2002 and heard on or before December 13, 2002.

8. The prospects for settlement are unknown at this time.

9. The Preliminary Pretrial Conference shall be held on January 10, 2003 at 3:15 p.m. (no later than twenty-one (21) days prior to trial).

10. The parties' pretrial materials, discovery material, witness lists, designations and

E:\Jean\Plds\966.wpd

exhibit lists shall be filed on or before January 27, 2003 (no later than fourteen (14) days prior to trial).

11. The Proposed Pretrial Order shall be filed on or before January 27, 2003 (no later that fourteen (14) days prior to trial).

12. The Final Pretrial Conference shall be held on February 3, 2003 (seven (7) days prior to trial).

13. The trial shall be held on February 10, 2003 at 9:00 a.m. (In no event shall the trial be later than 18 months after the complaint is filed, unless the Court otherwise allows).

14. The trial is a jury trial.

15. It is anticipated that it will take 2 days to try this case.

16. The names of counsel on this case are:

    For Plaintiff:    Sandra D. Lynch  
                  Brooks Lynch Tydingco & Quan LLP  
                  251 Martyr Street, Suite 101  
                  Hagåtña, Guam 96910  
                  Telephone: (671) 472-6848

    For Defendant:    Monica Valle  
                    Berman O'Connor Mann & Shklov  
                  Suite 503, Bank of Guam Building  
                  #111 Chalan Santo Papa  
                  Hagåtña, Guam 96910

17. The parties wish to submit this case to a settlement conference.

18. The parties suggest that they Stipulate in advance to an interpreter to shorten the trial.

19. The following issues will also affect the status or management of the case:

    At least one of the Defendants is an off island resident.

    Some of the Defendants and witnesses are not fluent in English and require interpretation of the spoken and written word.

E:\Jean\Plds\966.wpd

SO ORDERED: JUL 23 2002

**JOHN S. UNPINGCO**
Chief District Judge

RECEIVED
JUL 17 2002
DISTRICT COURT OF GUAM
HAGATNA, GUAM

E:\Jean\Plds\966.wpd