FILED
DISTRICT COURT OF GUAM
OCT 24 2002
MARY L. M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| ALICE N. SALAS,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES JI ENTERPRISE,<br>JJ PACIFIC DEVELOPMENT<br>CORPORATION, JAMES JI, and<br>HYUNG LEE,<br><br>Defendants. | Civil Case No. 02-00002<br><br><br>ORDER |

On February 6, 2002, the plaintiff filed the Complaint in the above-captioned case. On February 8, 2002, the plaintiff filed an Amended Complaint. Neither the Complaint nor the Amended Complaint requested a trial by jury.

The scheduling order prepared by the plaintiff and signed by the Court on May 13, 2002 indicated that the trial in this case is not a jury trial. See Scheduling Order (May 13, 2002) at ¶15. The May 13, 2002 scheduling order was only signed by the plaintiff's counsel because the defendants had not yet filed an answer to the Amended Complaint.

On June 4, 2002, the defendants filed their Answer to the Amended Complaint. The Answer did not demand a trial by jury.

On July 11, 2002, the defendants filed a Motion to Enlarge Time, which requested an enlargement of time to the deadlines imposed by the May 13, 2002 scheduling order to allow defense counsel adequate time to prepare for trial. The motion was accompanied by a

1 declaration of defense counsel stating that plaintiff's counsel did not object to the requested
2 continuance. The defendants submitted a proposed order which amended the May 13, 2002
3 scheduling order, and which the Court signed and filed on July 24, 2002. The July 24, 2002
4 order stated that the trial in this matter is a jury trial. <u>See</u> Order (July 24, 2002) at ¶14. While
5 it was represented to the Court that plaintiff's counsel had no objection to the enlargement of
6 time, there was no indication that plaintiff's counsel was aware of defendants' request for a jury
7 trial.

Based on this record, the Court hereby rules that this case shall be tried to the bench
with no jury. A party desiring otherwise should file an appropriate motion for a jury trial.

SO ORDERED this 23rd day of October, 2002.

JOHN S. UNPINGCO
District Judge

2