FILED
DISTRICT COURT OF GUAM
OCT 24 2002
MARY L. M. MORAN
CLERK OF COURT
35

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

ALICE N. SALAS,

Plaintiff,

vs.

JAMES JI ENTERPRISE, JJ PACIFIC DEVELOPMENT CORPORATION, JAMES JI, and HYUNG LEE,

Defendants.

Civil Case No. 02-00002

ORDER

On February 6, 2002, the plaintiff filed the Complaint in the above-captioned case. On February 8, 2002, the plaintiff filed an Amended Complaint. When the defendants failed to file a timely answer, the plaintiff filed an application for default judgment on May 17, 2002. The defendants filed their Answer to the Amended Complaint on June 5, 2002.

The Court is mindful that default judgments are generally disfavored. "Cases should be decided upon their merits whenever reasonably possible." Eitel v. McCool, 782 F.2d 1470, 1472 (9th Cir. 1986) (citation omitted). Consistent with this principle, the Court hereby denies the plaintiff's application for default judgment.

SO ORDERED this 24th day of October, 2002.

JOHN S. UNPINGCO
District Judge