BERMAN O'CONNOR MANN & SHKLOV
Suite 503, Bank of Guam Bldg.
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778

Attorneys for Defendant
*JAMES JI ENTERPRISES, INC. ET AL.*

FILED
DISTRICT COURT OF GUAM
OCT 30 2002
MARY L. M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ALICE N. SALAS, | CIVIL CASE NO. CV02-00002 |
| Plaintiff, | |
| v. | NOTICE OF DEPOSITION |
| JAMES JI ENTERPRISES, JJ PACIFIC DEVELOPMENT CORPORATION, JAMES JI AND HYUNG LEE, | DATE: NOVEMBER 22, 2002<br>TIME: 9:00 A.M. |
| Defendant. | |

TO: ALICE N. SALAS, by and Through Her Counsel of Record, Sandra D. Lynch, Esq., Brooks, Lynch Tydingco & Quan, 259 Martyr Street, Suite 101, Hagåtña, Guam 96910.

**PLEASE TAKE NOTICE** that on **FRIDAY, NOVEMBER 22, 2002** at the hour of 9:00 A.M. at the Law Office of Berman O'Connor Mann & Shklov, Suite 503 Bank of Guam Bldg., 111 Chalan Santo Papa, Agana, Guam 96910, the Defendants, through counsel undersigned, in the above-entitled action will take the deposition of **ALICE N. SALAS,** whose address is known to you, upon oral examination pursuant to Rule 30(a), Federal Rules of Civil Procedure, before a notary public or before some other officer authorized by law to administer oaths. The oral examination will continue from day to day until completed.

Dated this ____ day of October, 2002.

BERMAN O'CONNOR MANN & SHKLOV
Attorneys for Defendant *JAMES JI ENTERPRISES, INC. ET AL.*

By: _____
MONICA VALLE

E:\Jean\Plds\1201-1300\1211.wpd

**ORIGINAL**