BERMAN O'CONNOR MANN & SHKLOV
Suite 503, Bank of Guam Bldg.
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778

Attorneys for Defendant
*JAMES JI ENTERPRISES, INC. ET AL.*

FILED
DISTRICT COURT OF GUAM
NOV 29 2002
MARY L. M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ALICE N. SALAS, <br><br> Plaintiff, <br><br> v. <br><br> JAMES JI ENTERPRISES, JJ PACIFIC DEVELOPMENT CORPORATION, JAMES JI AND HYUNG LEE, <br><br> Defendant. | CIVIL CASE NO. CV02-00002 <br><br> **AGREEMENT OF HEARING DATE** |

### AGREEMENT OF HEARING DATE

Pursuant to Local Rule 7.1, the parties hereby acknowledge the following:

1. I, Daniel J. Berman, am the attorney for Defendants James Ji Enterprises, JJ Pacific Development Corporation, James Ji and Hyung Lee in this matter. I tried to contact the attorney for the opposing party in this action to agree upon a date for oral argument on my Motion and Memorandum for Trial by Jury, but on November 29, 2002, no one answered the office telephone.

2. The attorney for the opposing party is:

   Sandra D. Lynch, Esq.
   Brooks Lynch Tydingco & Quan, LLP
   259 Martyr Street
   Suite 101
   Hagåtña, Guam 96910

E:\Jean\Plds\1432.wpd

ORIGINAL

| | |
|---|---|
| Alice N. Salas V. James Ji, et al. | CV02-00002 |
| AGREEMENT TO HEARING DATE | PAGE 2 |

3. I called the Deputy Clerk of Court to ensure that the Court is available on the above date.

4. I request the following date: December 27, 2002, at the hour of 9:30 a.m.

Dated this __29__ day of November, 2002.

                                  **BERMAN O'CONNOR MANN & SHKLOV**
Attorneys for Defendant *JAMES JI ENTERPRISES, INC. ET AL.*

By: /s/ Daniel J. Berman
**DANIEL J. BERMAN, ESQ.**

E:\Jean\Plds\1432.wpd