1 **BERMAN O'CONNOR MANN & SHKLOV**
Suite 503, Bank of Guam Bldg.
2 111 Chalan Santo Papa
Hagåtña, Guam 96910
3 Telephone: (671) 477-2778

4

Attorneys for Defendant
5 *JAMES JI ENTERPRISES, INC. ET AL.*

6

7                       IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| 8  ALICE N. SALAS, | CIVIL CASE NO. CV02-00002 |
| 9 | |
| 10        Plaintiff, | |
| 11  v. | **CERTIFICATE OF SERVICE** |
| 12  JAMES JI ENTERPRISES, JJ PACIFIC DEVELOPMENT CORPORATION, JAMES JI AND HYUNG LEE, | |
| 15        Defendant. | |

## CERTIFICATE OF SERVICE

I, Jeannette R. Torres, do hereby certify that on November **29**, 2002, I caused to serve by hand-delivery the Motion to Enlarge Time And Memorandum of Points And Authorities on the following:

**Via Hand Delivery**

Sandra D. Lynch, Esq.
Brooks Lynch Tydingco & Quan, LLP
259 Martyr Street
Suite 101
Hagåtña, Guam 96910

By: _/s/ Jeannette R. Torres_
         JEANNETTE R. TORRES

E:\Jean\Plds\1423.wpd

**ORIGINAL**