SANDRA D. LYNCH, ESQ.
BROOKS LYNCH & TYDINGCO LLP
C&A Building, Suite 101
251 Martyr Street
Hagatna, Guam 96910
Telephone: (671) 472-6848
Facsimile: (671) 477-5790

*Attorneys for Plaintiff, Alice N. Salas*

FILED
DISTRICT COURT OF GUAM
JAN 0 3 2003
MARY L. M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF GUAM

| | |
|---|---|
| ALICE N. SALAS, <br><br> Plaintiff, <br><br> vs. <br><br> JAMES JI ENTERPRISE, JJ PACIFIC DEVELOPMENT CORPORATION, JAMES JI, and HUANG LEE, <br><br> Defendants. | CIVIL CASE NO. 02-00002 <br><br> **STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER** |

**COME NOW THE PARTIES AND HEREBY STIPULATE AND AGREE** as follows:

1. Discovery is extended through **January 20, 2003**;
2. The period of time within which the parties may file any motions is extended to not later than **January 20, 2003.**
3. The period of time within which the parties may respond to any motions is extended to not later than **February 20, 2003**.
4. Either party may request that the Court hear oral arguments on any filed motions;
5. The Preliminary pre-trial conference shall be held on March 26, 2003 at 3:00 pm

(no later than twenty-one (21) days prior to trial).

6. The parties' pretrial materials, discovery material, witness lists, designations and exhibit lists shall be filed on or before April 2, 2003 (no later than fourteen (14) days prior to trial).

7. The Proposed Pretrial Order shall be filed on or before April 2, 2003 (no later than fourteen (14) days prior to trial).

8. The Final Pretrial Conference shall be held on April 9, 2003 at 3:00 pm (seven (7) days prior to trial).

9. The trial shall be held on Wednesday, April 16, 2003 at 9:00 am

10. The parties wish to submit this matter to a settlement judge or arbiter.

11. The "Pretrial Disclosures" described in FRCP Rule 26(a)(3)(A), (B) and (C) shall be made at least 30 days before the trial date.

**SO STIPULATED:**

BROOKS LYNCH & TYDINGCO LLP  
For Plaintiff

By: _Sandra D. Lynch_  
Sandra D. Lynch, Esq.

BERMAN O'CONNOR MANN & SHKLOV  
For Defendants

By: _Monica Valle_  
Monica Valle, Esq.

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

This cause came before the Court on the Stipulation of the parties to modify the scheduling order in this case, and good cause having been shown,

**IT IS SO ORDERED** this  JAN 03 2003.

_____  
JOHN S. UNPINGCO  
Chief District Judge

Alice N. Salas v. James Ji Enterprises, et al.  
CIV 02-00002  
Stipulation and Order to Modify Scheduling Order  
-2-

**RECEIVED**  
DEC 17 2002  
DISTRICT COURT OF GUAM  
HAGATNA, GUAM