SANDRA D. LYNCH, ESQ.
BROOKS LYNCH & TYDINGCO LLP
C&A Building, Suite 101
251 Martyr Street
Hagatna, Guam 96910

*Attorneys for Alice N. Salas*

FILED
DISTRICT COURT OF GUAM
FEB 18 2003
MARY L. M. MORAN
CLERK OF COURT

*Stamped In Error*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

| | |
|---|---|
| ALICE N. SALAS<br><br>Plaintiff,<br><br>vs.<br><br>JAMES JI ENTERPRISE,<br>JJ PACIFIC DEVELOPMENT<br>CORPORATION, JAMES JI,<br>and HUANG LEE,<br><br>Defendants. | CIVIL CASE NO. 02-00002<br><br>NOTICE OF DEPOSITION |

**TO:** James Ji, by and through his counsel of record, Monica Valle, Berman O'Connor Mann & Shklov, Suite 503, Bank of Guam bldg., 11 Chalan Santo Papa, Hagatna, Guam, 96910

**PLEASE TAKE NOTICE** that Plaintiff will take the deposition of **James Ji**, on the **20th day of February, 2003** at the hour of 8:30 a.m., at the law offices of Brooks Lynch & Tydingco LLP, 251 Martyr Street, Suite 101, Hagåtña, Guam. The deposition will be taken before a notary public or other officer authorized to administer oaths and will continue from day to day, Sundays and holidays excluded, until completed.

Dated this 14th day of February, 2003.

**BROOKS LYNCH & TYDINGCO LLP**

By: _____
Sandra D. Lynch, Esq.
Attorneys for Plaintiff