SANDRA D. LYNCH, ESQ.
BROOKS LYNCH & TYDINGCO LLP
C&A Building, Suite 101
251 Martyr Street
Hagatna, Guam 96910
Telephone: (671) 472-6848
Facsimile: (671) 477-5790

*Attorneys for Plaintiff, Alice N. Salas*

FILED
DISTRICT COURT OF GUAM
FEB 26 2003
MARY L. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF GUAM

| | |
|---|---|
| ALICE N. SALAS ) | CIVIL CASE NO. 02-00002 |
| Plaintiff, ) | |
| vs. ) | STIPULATION AND ORDER |
| ) | TO EXTEND TIME FOR |
| JAMES JI ENTERPRISE, ) | PRE-TRIAL MOTIONS |
| JJ PACIFIC DEVELOPMENT ) | AND DISCOVERY |
| CORPORATION, JAMES JI, ) | |
| and HYUNG LEE, ) | |
| Defendants. ) | |

**IT IS HEREBY STIPULATED AND AGREED** as follows:

1. The period of time within which the parties may file Pre-Trial Motions is extended to February 28, 2003.

2. A response to any Pre-Trial Motion shall be filed no later than fourteen days after the date such Motion is received;

3. Either party may request that the Court hear oral arguments on March 26 at the Preliminary Pre-Trial Conference.

4. The period of time within which discovery may be completed is extended to February 28, 2003. Any responses to written discovery requests must be received

by opposing counsel within this time period.

5. No other dates set forth in the Stipulation and Order modifying the Scheduling Order shall be affected by this Stipulation.

**SO STIPULATED:**

| BROOKS LYNCH & TYDINGCO LLP | BERMAN O'CONNOR MANN & SHKLOV |
|---|---|
| For Plaintiff | For Defendants |

By: *Sandra A. Lynch*     By: *Monica Valle*
Sandra D. Lynch, Esq.           Monica Valle, Esq.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

This cause came before the Court on the Stipulation of the parties to extend the time for filing of Pre-Trial Motions and to extend the time within which discovery may be completed until **February 28, 2003**. Good cause having been shown,

**IT IS SO ORDERED** this    FEB 25 2003

*(signature)*
JOHN S. UNPINGCO
Chief District Judge

*Approved as to form:*

BERMAN O'CONNOR MANN & SHKLOV

By: _____
Monica Valle, Esq.
Attorneys for Defendants

**RECEIVED**
FEB 14 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM