BERMAN O'CONNOR MANN & SHKLOV
Suite 503, Bank of Guam Bldg.
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778

Attorneys for Defendant
*JAMES JI ENTERPRISES, INC. ET AL.*

**IN THE DISTRICT COURT OF GUAM**

| | |
|---|---|
| ALICE N. SALAS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JAMES JI ENTERPRISES, JJ PACIFIC DEVELOPMENT CORPORATION, JAMES JI AND HYUNG LEE,<br><br>　　　　Defendant. | CIVIL CASE NO. CV02-00002<br><br>MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS JAMES JI ENTERPRISES, JJ PACIFIC DEVELOPMENT CORPORATION JAMES JI AND HYUNG LEE |

**MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS JAMES JI ENTERPRISES, JJ PACIFIC DEVELOPMENT CORPORATION JAMES JI AND HYUNG LEE**

Defendants' counsel moves the Honorable Court to Withdraw as counsel for Defendants James Ji Enterprises, JJ Pacific Development Corporation, James Ji and Hyung Lee.

Dated this 27 day of February, 2003.

Respectfully submitted.

BERMAN O'CONNOR MANN & SHKLOV
Attorneys for Defendant *JAMES JI ENTERPRISES, INC. ET AL.*

By: _____
DANIEL J. BERMAN

E:\Jean\Plds\1608.wpd

**ORIGINAL**