BERMAN O'CONNOR MANN & SHKLOV
Suite 503, Bank of Guam Bldg.
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778

Attorneys for Defendant
*JAMES JI ENTERPRISES, INC. ET AL.*

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ALICE N. SALAS, | CIVIL CASE NO. CV02-00002 |
| Plaintiff, | |
| v. | **DECLARATION OF COUNSEL** |
| JAMES JI ENTERPRISES, JJ PACIFIC DEVELOPMENT CORPORATION, JAMES JI AND HYUNG LEE, | |
| Defendant. | |

## DECLARATION OF COUNSEL

I, Daniel J. Berman, being of legal age and currently residing in the Territory of Guam hereby declare and state as follows:

1. The statements made in this Declaration are true, correct and complete to the best of my knowledge and prepared in support of the Motion to Withdraw as Counsel;

2. I have been employed as counsel for the Defendants James Ji Enterprises, JJ Pacific Development Corporation, James Ji and Hyung Lee (herein "Defendants") in the above captioned action;

3. I have advised Defendants of counsel's necessity to terminate the attorney client relationship based on the fact that the financial burden and costs of representation exceeds the

E:\Jean\Plds\1610.wpd

**ORIGINAL**

clients' ability to pay.

4. I contacted Defendants through correspondence dated February 21, 2003, February 7, 2003 and January 24, 2003 and stated the intention of counsel to withdraw based on clients' inability to make suitable financial arrangements.

5. A copy of a draft of this Motion was provided to Defendants by facsimile on February 27, 2003.

6. A copy of this filed Motion is provided to the last known address of Defendants at James Ji Enterprises, Inc., 2nd Floor, A-Wen Building, Maite, Guam 96927.

I declare under penalty of perjury under the laws of the Territory of Guam that the foregoing statements are true and correct to the best of my knowledge.

Dated this **27** day of February, 2003.

                Respectfully submitted.

                **BERMAN O'CONNOR MANN & SHKLOV**
                Attorneys for Defendants *JAMES JI ENTERPRISES, INC. ET AL.*

By: _____
                **DANIEL J. BERMAN**

E:\Jean\Plds\1610.wpd