BERMAN O'CONNOR MANN & SHKLOV
Suite 503, Bank of Guam Bldg.
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778

Attorneys for Defendant
*JAMES JI ENTERPRISES, INC. ET AL.*

FILED
DISTRICT COURT OF GUAM
FEB 28 2003
MARY L. M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ALICE N. SALAS, ) | CIVIL CASE NO. CV02-00002 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CERTIFICATE OF SERVICE |
| ) | |
| JAMES JI ENTERPRISES, JJ PACIFIC ) | |
| DEVELOPMENT CORPORATION, ) | |
| JAMES JI AND HYUNG LEE, ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I, Jeannette R. Torres hereby certify that a true and accurate copy of the Motion to Withdraw as Counsel, Motion to Withdraw as Counsel, Declaration of Counsel and proposed Order Allowing Withdrawal as Counsel for Defendants James Ji Enterprises, JJ Pacific Development Corporation, James Ji and Hyung Lee were served on February 28, 2003 to opposing counsel as set forth below:

### VIA HAND DELIVERY

Sandra D. Lynch, Esq.
Brooks Lynch Tydingco & Quan, LLP
259 Martyr Street
Suite 101
Hagåtña, Guam 96910

E:\Jean\Plds\1612.wpd

ORIGINAL

Alice N. Salas V. James Ji, et al.  CV02-00002
CERTIFICATE OF SERVICE  PAGE 2

**VIA FACSIMILE & HAND-DELIVERY**

James Ji
JAMES JI ENTERPRISES, INC.
2nd Floor, A-Wen Building
Maite, Guam 96927
Facsimile: (671) 477-2030

Dated this __28__ day of February, 2003.

By: _____
JEANNETTE R. TORRES

E:\Jean\Plds\1612.wpd