FILED
DISTRICT COURT OF GUAM
MAR 03 2003
MARY L. M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| ALICE N. SALAS,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES JI ENTERPRISE,<br>JJ PACIFIC DEVELOPMENT<br>CORPORATION, JAMES JI, and<br>HUANG LEE,<br><br>Defendants. | Civil Case No. 02-00002<br><br><br>ORDER |

On February 28, 2003, counsel for defendants Daniel J. Berman filed a Motion to Withdraw as Counsel ("Motion"). The Court notes that trial in this matter is scheduled for April 16, 2003. Attorney Berman's Motion and accompanying memorandum and declaration do not address the issues of whether the impending trial date will be affected if the Court were to grant the Motion and whether defendants are able to retain new counsel immediately. Accordingly, the Court sets the Motion for hearing on Tuesday, March 11, 2003 at 10:00 a.m. Plaintiff's counsel shall file a response to the Motion by Friday, March 7, 2003. Furthermore, the Court ORDERS Attorney Berman to inform his clients to appear at the March 11, 2003 hearing.

SO ORDERED this 3rd day of March, 2003.

JOHN S. UNPINGCO
District Judge