1   **SANDRA D. LYNCH, ESQ.**
    BROOKS LYNCH & TYDINGCO LLP
2   C&A Building, Suite 101
    251 Martyr Street
3   Hagatna, Guam 96910

4   *Attorneys for Alice N. Salas*

F I L E D
DISTRICT COURT OF GUAM

MAR 11 2003

MARY L. M. MORAN
CLERK OF COURT

5

6

7

8

9
                    IN THE UNITED STATES DISTRICT COURT
10                          DISTRICT OF GUAM

11

ALICE N. SALAS                        )    CIVIL CASE NO. 02-00002
12                                    )
        Plaintiff,                    )
13                                    )
        vs.                           )
14                                    )    **PLAINTIFF'S POSITION**
JAMES JI ENTERPRISE,                  )    **RE: DEFENSE COUNSEL'S**
15  JJ PACIFIC DEVELOPMENT            )    **MOTION TO WITHDRAW**
    CORPORATION, JAMES JI,            )
16  and HUANG LEE,                    )
                                      )
17      Defendants.                   )
    _____)

18

19          This Court issued its Order regarding defense counsel's Motion to Withdraw for non-

20  payment of legal fees, and Plaintiff was to respond no later than Friday, March 7. Plaintiff's

21  counsel inadvertently did not get her response filed on Friday due to numerous matters, including

    a Temporary Restraining Order issue in Superior Court. Nonetheless, Plaintiff requests that the
22
    Court consider her position regarding the withdrawal of defense counsel.
23
            First, the Court is aware that Defendants were served and did not respond to the
24
    Complaint, causing Plaintiff to request a Default Judgment. Subsequently, Defendants requested
25
    an extension of time but did not participate in preparing or discussing the Scheduling Order
26
    required under the Rules of Procedure herein. When finally Defendants obtained counsel, defense
27
    counsel requested additional time for trial, and on several occasions requested professional
28
    courtesy from Plaintiff to extend the time for filing motions.

                                                        ORIGINAL

1   Plaintiff was deposed and took the deposition of Mr. James Ji. Defendants have not

2   propounded any discovery requests other than to take the deposition of Ms. Salas. Ms. Salas is

3   anxious to resolve this matter, and fears that this tactic by Mr. Ji and the other defendants is a

4   mere stalling tactic to delay the trial in this matter. If Mr. Ji and other defendants wish to retain

5   other counsel, surely said counsel will request additional time to become familiar with the case

6   and the law. Whether or not Mr. Ji and the other defendants have counsel does not concern Ms.

7   Salas. She will not object to the withdrawal of counsel so long as the resolution of this matter is

8   not delayed.

9       Dated this 10th day of March, 2003.

10                          **BROOKS LYNCH & TYDINGCO LLP**

11

        By:     _____
12              Sandra D. Lynch, Esq.
                Attorneys for Plaintiff
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  Alice N. Salas v. James Ji Enterprises, et al.
    Civil Case No. 02-00002
    Application for Default Judgment