# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
HONORABLE JOHN S. UNPINGCO, CHIEF JUDGE, PRESIDING
### CIVIL MINUTES - GENERAL

**FILED**
DISTRICT COURT OF GUAM
MAR 1 1 2003
MARY L. M. MORAN
CLERK OF COURT

(50)

**CASE NO. CV-02-00002**       **DATE: 03/11/2003**       **TIME: 10:26 a.m.**

**CAPTION:**   ALICE N. SALAS   -vs-   JAMES JI COMPANY, et al

*******************************************************************************

Court Recorder & Courtroom Deputy: Leilani Toves Hernandez       Law Clerk: J. HATTORI
Hearing Eletronically Recorded: (Run Time: 10:26:46 - 10:38:22)   CSO: B. Benavente

*********************************** APPEARANCES ***********************************

**COUNSEL FOR PLAINTIFF(s):**                 **COUNSEL FOR DEFENDANT(s):**

SANDRA LYNCH                                   MONICA VALLE

*******************************************************************************

**PROCEEDINGS:**

- MOTION TO WITHDRAW AS COUNSEL

( X ) MOTION (S) ARGUED BY    (  ) PLAINTIFF    ( X ) DEFENDANT

( X ) MOTION(s)   ____Granted   X Denied   ____Settled   ____Withdrawn   ____Under Advisement

(  ) ORDER SUBMITTED   ____Approved   ____Disapproved

(  ) ORDER to be Prepared By:_____

(  ) PROCEEDINGS CONTINUED TO: _____ at _____

**NOTES:**

Court and parties discuss the recent development in this case. Court denies the Motion to Withdraw as Counsel and states its reasons. Court orders Ms. Valle to speak with her client regarding settlement and the issue of admissibility of guilt.

Ms. Lynch ordered to speak with her client regarding the settlement amount. Court also orders Ms. Lynch to file a memorandum and submit her billing statement to the Court within the next two weeks.

The Court will make the necessary arrangements for a settlement judge and provide information to the parties within the next two weeks.

COURTROOM DEPUTY: _____                                END TIME: 10:38 a.m.
L:\Docs\COURTROOM MINUTES\CV-02-00002.wpd