SANDRA D. LYNCH, ESQ.
C&A Building, Suite 101
251 Martyr Street
Hagatna, Guam 96910
Telephone: (671) 472-6848

Attorneys for Alice N. Salas

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF GUAM

| | |
|---|---|
| ALICE N. SALAS )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JAMES JI ENTERPRISE, )<br>JJ PACIFIC DEVELOPMENT )<br>CORPORATION, JAMES JI, )<br>and HUANG LEE, )<br>)<br>Defendants. )<br>_____ ) | CIVIL CASE NO. 02-00002<br><br><br>**AFFIDAVIT OF PLAINTIFF**<br>**REGARDING SETTLEMENT** |

I, ALICE N. SALAS, do hereby declare and affirm:

1. I am the Plaintiff herein and therefore have personal knowledge of the facts stated herein;

2. I filed this case because I was denied my right to return to work after my jury service. I talked to Bennet Garcia who is a friend, and who also knows Mr. Lee and Mr. Ji, and asked her to help me when I got out of jury service and tried to go back to work.

3. After more than two weeks, I was finally told by Bennet Garcia that Mr. Lee said I could come back to work. When I went back, I was given an hour less each day as my schedule. I worked for about ten day and was treated like a stranger in the office. Mr. Lee treated me with such disrespect and made me feel so bad that I quit the job even though I really liked it.

4. I was so nervous and upset at my deposition. I had trouble breathing and had to go outside for awhile with my attorney. It was too much for me. I have a heart condition and my health is not so good since this case started. I am diagnosed with a heart murmur and enlarging heart. When I get stressed, it is hard to breathe and I have a lot of trouble with pain and so forth.

5. My lawyer has tried to settle the case and I thought that $12,000 was reasonable when she was negotiating with Mr. Lee. At one time, Mr. Lee made me an offer but wanted to give me a promissory note and I needed cash money.

6. The case has taken so long that I am in debt and cannot go to the doctor. The longer it takes, the more I get stressed.

7. My lawyer told me Mr. Ji came on island and wanted to talk to me before his deposition, so I agreed to meet with him in my lawyer's office. The deposition was in February, 2003.

8. At the meeting with Mr. Ji, he told me he had $1,000 and would give me $6,000 cash to drop everything that day. I told him I had to discuss it with my family and my lawyer. He said if the case went to trial we have to go to the Ninth Circuit and it would take so long.

9. Mr. Ji told me he did not know Mr. Lee was going to "do that to me." He said that many people had told him about Mr. Lee having so many secretaries and keeping employees only a short time. He said Mr. Lee is his nephew.

10. After I talked to Mr. Ji, I was upset and left to go talk to my family. My lawyer told me she would negotiate with them some more. She told me that Mr. Ji has said he might hire me to work for him. I did not want to do that because of the stress.

11. My lawyer told me that she had made an offer and was waiting for an answer from Mr. Ji. I don't remember the amount she said but I thought $10,000 was reasonable for what I had lost by not working for over a year and the emotional suffering I have gone through just having a legal case.

12. On Thursday, I called Bennet Garcia. I know that she talks to Mr. Ji often. I asked her to talk to him and find out if he could just pay me and I would drop the case. I told Bennet that Mr. Ji offered me $6,000 and the case was taking so long, my finances are so bad, I would take "anything." I just want the case to be over and get on with my life. I also need money to go to the doctor because I am having trouble sleeping and cannot afford doctor's bills. I even have to have glasses and cannot afford them. And, my creditors are calling me all the time and I don't know what else to do.

13. I told Bennet that I had told my lawyer I want to settle and that she is working on it, but if Bennet could call Mr. Ji he might settle. Bennet called me back after a few hours and said he agreed to settle with me for $6,000.

14. Bennet told me Mr. Ji offered part cash and part checks, but I did not want to have a large check, so Bennet offered to have the checks written in her name and she would cash them for me and drop the money to me, which she did.

15. I wrote out a receipt and gave to Bennet to give to Mr. Ji because I did not want to talk to him. I am too nervous and just relied on Bennet to help me out. She gave me all the money and gave the receipt and my note to Mr. Ji so I could drop the case. He only wanted a receipt so I wrote "case dropped."

Alice N. Salas v. James Ji Enterprises, et al.
Civil Case No. 02-00002
Affidavit of Plaintiff Regarding Settlement

-2-

Case 1:02-cv-00002　Document 51　Filed 03/12/2003　Page 2 of 3

16. I am sorry that I did not have my lawyer do the settlement, but I needed money and Bennet said she would help.

17. When I was working for Mr. Ji, I did not have so many medical problems and not so many bills. That is why I needed to settle the case, and it was taking so long. I was so nervous after my deposition that I did not want to go into court and have to say those things again, especially because it is so upsetting to talk about. I just want the case to be over and get back to my life.

**I make these statements under penalty of perjury this 11th day of March, 2003.**

_____
ALICE N. SALAS

SUBSCRIBED & SWORN to before me this 11th day of March, 2003 by Alice N. Salas

_____
Notary Public



KATHRYN L. LITTLEPAGE
NOTARY PUBLIC
In and for Guam, U.S.A.
My Commission Expires: May 16, 2005
P.O. Box 7808, MOU-1
Agana Hts., Guam 96919

Alice N. Salas v. James Ji Enterprises, et al.
Civil Case No. 02-00002
Affidavit of Plaintiff Regarding Settlement

-3-