BERMAN O'CONNOR MANN & SHKLOV
Suite 503, Bank of Guam Bldg.
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778

Attorneys for Defendants:
*JAMES JI ENTERPRISES, INC. ET AL.*

FILED
DISTRICT COURT
MAR 17 2003

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ALICE N. SALAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JAMES JI ENTERPRISES, JJ PACIFIC DEVELOPMENT CORPORATION, JAMES JI AND HYUNG LEE,<br><br>　　　　Defendant. | CIVIL CASE NO. CV02-00002<br><br>DEFENDANTS' PRETRIAL DISCLOSURES PURSUANT TO RULE 26(a)(3) |

### DEFENDANTS' PRETRIAL DISCLOSURES PURSUANT TO RULE 26(a)(3)

Come Now, the Defendants James Ji Enterprises, JJ Pacific Development Corporation, James Ji and Hyung Lee, through counsel undersigned, and make the following Pretrial Disclosures pursuant to F.R.C.P. 26(a)(3).

### I. WITNESSES

The Defendant believes that the following individuals have knowledge about the claims and defenses in the above entitled action.

　　1.　　Alice Salas.

E:\Jean\Plds\1679.wpd

Alice N. Salas V. James Ji, et al.                                CV02-00002
DEFENDANT'S INITIAL DISCLOSURES MADE PURSUANT TO RULE 26(a)(1)   PAGE 2

2. Hyung Lee.

3. Felix Pangelinan.

4. Bennett Garcia.

5. James Ji.

6. Ann Cruz.

7. Jaime, the Defendant's office secretary.

8. George Salas.

9. John Hudnall.

10. Mr. Cheisman.

## II. EXHIBITS

1. All deposition exhibits of November 22, 2002, including but not limited to, "A", "B", "C" with its sub-exhibits "1", "2", "3" and "4", "D", "E", "F", "G", "H" and "I".

2. Copies of payroll checks received by Plaintiff Salas.

3. Plaintiff's letter of resignation;

4. Receipt reflecting settlement payment of $6,000.00;

5. Statement of settlement executed by Plaintiff

Dated this 17th day of March, 2003.

Respectfully submitted.

**BERMAN O'CONNOR MANN & SHKLOV**
Attorneys for Defendant *JAMES JI ENTERPRISES, INC. ET AL.*

By: *[signature]*

**MONICA VALLE**
**DANIEL J. BERMAN**

E:\Jean\Plds\1679.wpd