SANDRA D. LYNCH, ESQ.
C&A Building, Suite 101
251 Martyr Street
Hagatna, Guam 96910
Telephone: (671) 472-6848
Facsimile: (671) 477-5790
E-mail: sdlynch@hotmail.com
or      sdl@cbblaw.net

*Attorneys for Alice N. Salas*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

| | |
|---|---|
| ALICE N. SALAS,<br><br>    Plaintiff,<br><br>vs.<br><br>JAMES JI ENTERPRISE,<br>JJ PACIFIC DEVELOPMENT<br>CORPORATION, JAMES JI,<br>and HUANG LEE,<br><br>    Defendants. | CIVIL CASE NO. 02-00002<br><br>**DECLARATION OF PLAINTIFF'S<br>COUNSEL RE: FEES INCURRED** |

I, Sandra D. Lynch, do hereby declare and affirm:

1. I am court appointed counsel for Plaintiff in the above matter and hereby submit my billing statement for the time expended on behalf of Plaintiff.

2. The billing statement includes out of pocket expenses incurred for filing, copying, and serving documents on Plaintiff's behalf.

Respectfully submitted this 20th day of March, 2003.

Sandra D. Lynch, Esq.
Attorneys for Plaintiff

## Brooks Lynch Tydingco & Quan LLP

C&A Professional Bldg., Suite 101
251 Martyr Street
Hagåtña, Guam 96910

Ph:(671) 472-6848        Fax:(671) 477-5790

District Court of Guam                                    March 21, 2003

                                         File #:        19188-01
Attention:

RE:     DC-Salas, Alice

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Oct-04-01 | Review statute re: juror employment | 1.00 | 175.00 | SDL |
| Oct-05-01 | Review court schedule from trial re:juror | 1.00 | 175.00 | SDL |
|  | Research cases under statute for liability factual situations, employment rights. | 3.20 | 560.00 | SDL |
| Oct-09-01 | Confer with client re:status of employment. | 0.50 | 87.50 | SDL |
| Oct-13-01 | Draft letter to client re: returning to work. | 0.50 | 87.50 | SDL |
| Oct-29-01 | Phone call with client re: work situation, her resignation. | 0.40 | 70.00 | SDL |
| Nov-09-01 | Research re: cases of reduced pay/hours compensable, difference in wages & jury fees. | 4.00 | 700.00 | SDL |
|  | Meeting with Alice Salas after forced resignation, her rights, timetable for wages, etc. | 4.00 | 700.00 | SDL |
| Nov-12-01 | First draft of complaint | 2.00 | 350.00 | SDL |
|  | Draft Affidavit of client to accompany complaint. | 1.50 | 262.50 | SDL |
|  | Continued Research remedies for client; types of claims. | 3.00 | 525.00 | SDL |
| Feb-07-02 | Revise Complaint against James Ji Enterprises. | 1.00 | 175.00 | SDL |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Mar-18-02 | Letter to James Ji comfirming offer made. | 1.00 | 175.00 | SDL |
| | Letter to client re: settlement offer from defendant, terms, recommendation. | 1.00 | 175.00 | SDL |
| | Attend Settlement Negotiations with defendant. | 1.50 | 262.50 | SDL |
| Apr-03-02 | Meeting with client; prepare re: scheduling. | 1.50 | 262.50 | SDL |
| | Draft Scheduling Order proposal. | 1.00 | 175.00 | SDL |
| Apr-08-02 | Revise Scheduling Order. | 1.00 | 175.00 | SDL |
| | Draft letter to James Ji re: schedule for trial. | 0.50 | 87.50 | SDL |
| Apr-15-02 | Revise Scheduling Order; phone call to client re: dates to propose. | 0.40 | 70.00 | SDL |
| Apr-16-02 | Draft Declaration of Counsel re: Meeting & defense input to Scheduling Order. | 0.50 | 87.50 | SDL |
| May-07-02 | Attend court hearing on schedule for trial. | 0.50 | 87.50 | SDL |
| May-09-02 | Revise Proposed Scheduling Order after hearing. | 0.70 | 122.50 | SDL |
| | Phone call with client to discuss schedule after hearing. | 0.20 | 35.00 | SDL |
| May-13-02 | Review Civil Rules for default procedures. | 0.70 | 122.50 | SDL |
| May-14-02 | Research re: default (Federal Civil Rules) documents required. | 1.00 | 175.00 | SDL |
| | Draft Affidavit for Default. | 0.70 | 122.50 | SDL |
| | Draft Motion for Default. | 1.20 | 210.00 | SDL |
| | Review pleadings, documents for default. | 0.40 | 70.00 | SDL |
| May-16-02 | Draft proposed judgment for Default. | 0.50 | 87.50 | SDL |
| | Draft Certificate of Service. | 0.10 | 17.50 | SDL |
| | Revise Affidavits re: phone contact. | 0.40 | 70.00 | SDL |
| May-17-02 | Finalize Motion for Default Judgment. | 0.70 | 122.50 | SDL |
| | Phone call with client re: final application / default. | 0.40 | 70.00 | SDL |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| May-28-02 | Review court order re: name change. | 0.20 | 35.00 | SDL |
| | Revise Complaint to correct "Lee" named defendant. | 0.50 | 87.50 | SDL |
| | Draft Settlement letter to defendants. | 1.50 | 262.50 | SDL |
| | Meeting with Attorney General and CPS to discuss child's drug exposure. | 0.50 | 87.50 | SDL |
| May-31-02 | Phone call with defendant re: Stipulation to Amend. | 0.20 | 35.00 | SDL |
| | Draft Stipulation to correct name on Complaint. | 0.70 | 122.50 | SDL |
| | Draft Status report to court. | 0.70 | 122.50 | SDL |
| | Research re: damages, fees, default, hearing procedures. | 2.20 | 385.00 | SDL |
| Jun-04-02 | Review Answer by defense. | 0.40 | 70.00 | SDL |
| | Review & compare Answer to Complaint for discovery questions. | 0.50 | 87.50 | SDL |
| | Draft Interrogatories and production requests. | 2.50 | 437.50 | SDL |
| Sep-30-02 | Draft letter to defense counsel re: scheduling depos. | 0.70 | 122.50 | SDL |
| Oct-24-02 | Review letter from defense counsel re: deposition schedule; conference with client re: deposition dates. | 0.50 | 87.50 | SDL |
| Nov-15-02 | Prepare Notice of Deposition for Mr. Lee. | 0.40 | 70.00 | SDL |
| Nov-21-02 | Prepare for deposition. | 1.25 | 218.75 | SDL |
| Nov-22-02 | Attend deposition of Alice Salas. | 3.00 | 525.00 | SDL |
| Dec-03-02 | Draft letter to Mr. Berman re: Stip & Order for schedule. | 0.50 | 87.50 | SDL |
| Dec-05-02 | Review rec'd letter with draft Order & Stipulation from defense. | 0.20 | 35.00 | SDL |
| | Phone call with defense counsel re: schedule. | 0.20 | 35.00 | SDL |
| | Draft fax to defense re: proposal to continue. | 0.20 | 35.00 | SDL |
| Dec-06-02 | Revise letter from defense re: Stip & Order, settlement. | 0.20 | 35.00 | SDL |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | Revise Stipulation and Order for discovery & motions. | 0.40 | 70.00 | SDL |
| Dec-16-02 | Draft Stipulation for new scheduling order. | 1.00 | 175.00 | SDL |
| Jan-27-03 | Draft letter to defense counsel re: corporate control and schedule depos. | 0.70 | 122.50 | SDL |
| | Revise (4th) Stipulation and Order re: motions. | 0.40 | 70.00 | SDL |
| | Review Answer to Complaint for admissions as to corporate control. | 0.20 | 35.00 | SDL |
| Jan-30-03 | Fax to defense re: depos of defendant. | 0.20 | 35.00 | SDL |
| Jan-31-03 | Letter from defense agreeing to revised Stip & Order; Deposition schedule for Mr. Ji. | 0.20 | 35.00 | SDL |
| Feb-17-03 | Prepare Ji deposition notice. | 0.40 | 70.00 | SDL |
| Feb-20-03 | Depose James Ji; conference with client re: settlement offer. | 1.70 | 297.50 | SDL |
| Mar-01-03 | Review rec'd motion from defense counsel to withdraw, proposed Order, declaration. | 0.50 | 87.50 | SDL |
| | Conference with client re: counter-offer to settle, Ji's testimony. | 0.50 | 87.50 | SDL |
| Mar-03-03 | Review Scheduling Order, rules regarding Pre-Trial materials. | 0.50 | 87.50 | SDL |
| | Draft statutory language, standards of proof for Pre-Trial memorandum. | 1.70 | 297.50 | SDL |
| | Review cases cited by defense in offer letter, cases re: damages in similar cases for Pre-Trial memo / outline for brief on legal issues. | 3.20 | 560.00 | SDL |
| | Review Order re: Motion to Withdraw, responses due. | 0.20 | 35.00 | SDL |
| Mar-04-03 | Phone call with client Ms. Salas regarding offer to propose re: no reinstatement desired, deadline for response. | 0.40 | 70.00 | SDL |
| | Draft offer letter to Mr. Berman regarding settlement & deadline for response before hearing per client's instructions. | 0.70 | 122.50 | SDL |
| | Review deposition transcript of Mr. Ji; outline for trial questions. | 3.50 | 612.50 | SDL |
| Mar-05-03 | Phone call from Ms. Valle regarding clarification of written settlement offer. | 0.30 | 52.50 | SDL |

| Date | Description | Hours | Amount | |
|---|---|---|---|---|
| Mar-06-03 | Phone call with Ms. Salas regarding settlement offer status. | 0.30 | 52.50 | SDL |
| | Draft Exhibit list from documents in file. | 0.50 | 87.50 | SDL |
| | Draft Witness List for filing by 3/14/03. | 0.50 | 87.50 | SDL |
| | Review Complaint, notes, deposition transcript for Pre-Trial memorandum factual arguments. | 2.70 | 472.50 | SDL |
| Mar-07-03 | Review chronology of service, default request, continuances, etc. for response to defense Motion to Withdraw as counsel. | 1.00 | 175.00 | SDL |
| Mar-10-03 | Draft response to defense Motion to Withdraw counsel. | 0.40 | 70.00 | SDL |
| Mar-11-03 | Attend court hearing on defense motion to withdraw. | 0.70 | 122.50 | SDL |
| | Review defense Motion to Withdraw; court's Order re: hearing. | 0.20 | 35.00 | SDL |
| | Phone call with client after hearing. | 0.10 | 17.50 | SDL |
| | Meeting with client re: settlement. | 0.40 | 70.00 | SDL |
| | Draft Affidavit from notes of meeting with client. | 0.50 | 87.50 | SDL |
| | Totals | 79.05 | $13,833.75 | |

**DISBURSEMENTS**                                    **Disbursements**              **Receipts**

| Date | Description | Disbursements |
|---|---|---|
| Feb-06-02 | Filing Fee | 150.00 |
| Feb-12-02 | Courier Expense re: DHL Inv#0008552316 | 26.58 |
| | Process Service to James Ji re: DC appt / Salas. | 55.00 |
| Feb-14-02 | Postage Sent to Professional Process Service | 0.34 |
| Apr-30-02 | Photocopies (42 copies @ $0.25 ea) | 10.50 |
| | Photocopies (6 @ $0.25 ea) | 1.50 |
| May-17-02 | Postage Sent to Mr. James Ji | 0.57 |
| Oct-01-02 | Postage Expense re: Monica Valle, Esq. | 0.37 |
| Nov-22-02 | Deposition of Alice N. Salas (provided by: DepoResources) | 197.20 |
| Mar-11-03 | Postage sent to Daniel j. Berman, Esq. | 0.37 |

|  |  |  |
|---|---:|---:|
| Totals | $442.43 | $0.00 |
| **Gross Receipts Tax** |  | $0.00 |
| **Total Fees & Disbursements** |  | **$14,276.18** |
| Previous Balance |  | $0.00 |
| Previous Payments |  | $0.00 |
| **Balance Due Now** |  | **$14,276.18** |