BERMAN O'CONNOR MANN & SHKLOV
Suite 503, Bank of Guam Bldg.
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778

Attorneys for Defendants:
*JAMES JI ENTERPRISES, INC. ET AL.*

FILED
DISTRICT COURT OF GUAM
MAR 25 2003

54

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ALICE N. SALAS,<br><br>        Plaintiff,<br><br>v.<br><br>JAMES JI ENTERPRISES, JJ PACIFIC DEVELOPMENT CORPORATION, JAMES JI AND HYUNG LEE,<br><br>        Defendant. | CIVIL CASE NO. CV02-00002<br><br>**DEFENDANTS' MOTION AND MEMORANDUM TO CONFIRM SETTLEMENT** |

### DEFENDANTS' MOTION AND MEMORANDUM TO CONFIRM SETTLEMENT

Defendants JAMES JI ENTERPRISE, JJ PACIFIC DEVELOPMENT CORPORATION, JAMES JI AND HYUNG LEE, move this Honorable Court to confirm settlement of this action. Defendants assert that the payment of $6,000.00 to Plaintiff Alice Salas comprises the complete settlement by the parties in this matter.

### BACKGROUND

This action was commenced by the Plaintiff on February 6, 2002 alleging that Defendants violated provisions of 28 U.S.C. §1875. This claim was the subject of negotiations between Plaintiff Alice Salas

E:\Jean\Plds\1692.wpd

**ORIGINAL**

and Defendant James Ji directly, without the involvement of their respective counsels. On March 8, 2003, the parties settled and resolved all their differences between them. Plaintiff Alice Salas received a total of $6,000.00 payment of cash, as a full and complete settlement of the instant Court action. See, Exhibits "1" and "2", Statement of Alice Salas and Receipt.

## POINTS AND AUTHORITIES

The parties are free to contract a full settlement of the case. 3 Cal.Jur.3d (Rev) Agreed Case and Stipulations §17 states in part:

> ...(T)he authority of an attorney to control the course of action in court is to be distinguished from the right of a litigant to compromise and settle the claim on which the action is based, and the effect of the settlement as a defense. Turner v. Camthers, 17 Cal. 431 (1861); Toy v. Haskell, 128 Cal. 558 (1900).

1 Cal.Jur.2d (Rev) Accord and Satisfaction §64 states also in part:

> Where there are no elements of fraud, duress or overreaching, and both parties, freely and with full understanding of their rights to advice of counsel, wish to negotiate a settlement without the involvement of their lawyers, there is no reason why the law should not permit them to do so. In re Marriage of Hasso, 229 Cal.App.3d 1174 (1991).

Defendants Ji assert that the settlement is a dispositive conclusion to this case in all respects. See, Declaration of Counsel, ¶¶8, 9 and 10.

Defendants' counsel delivered letter dated March 19, 2003 to Plaintiff's counsel as to confirmation that there is a final settlement, Id. at ¶7; Exhibit "3".

Plaintiff's counsel reply was non-responsive in writing, and she stated that the monies would not be returned, and that nothing further would be filed by Plaintiff as to the settlement with the Court. Id. at ¶8.

E:\Jean\Plds\1692.wpd

## CONCLUSION

The resolution of this matter by the parties is binding, final, and dispositive of the entire litigation. No adjudication of liability, trial or judgment, provides a basis to punish Mr. Ji and assess an additional attorneys fee against him.

Because Defendants have fully performed all of the obligations pursuant to the settlement entered into between Plaintiff Alice Salas and Defendant James Ji, the Court should find that this matter has been appropriately disposed of between the parties. Defendants request entry of Judgment and Order to confirm settlement.

Dated this 25th day of March, 2003.

Respectfully submitted.
**BERMAN O'CONNOR MANN & SHKLOV**
Attorneys for Defendant *JAMES JI ENTERPRISES, INC. ET AL.*

By: _____
**MONICA VALLE**

E:\Jean\Plds\1692.wpd

March 8, 2003

I, Alice Salas received $6,000.00 in cash for a settlement out of court with Mr. Jame Ji Corporation. Case dropped.

Alice Salas 3/8/03
ALICE SALAS

Received cash from Bennett Garcia.

EXHIBIT "1"

| | SOLD BY _Alice_ | DATE 3/8 20 03 |
|---|---|---|
| | NAME _Alice [Palen]_ | |

ADDRESS _____

| REGISTER NUMBER | AMOUNT RECEIVED | ACCT. FWD. |
|---|---|---|
| 1 | | |
| 2 | Received | |
| 3 | Cash of | |
| 4 | $6,000.00 | |
| 5 | from Bennett | |
| 6 | Israel | |
| 7 | [on] | |
| 8 | behalf of | |
| 9 | | |
| 10 | [illegible signature] | |
| 11 | | |
| 12 | | |
| 13 | 7 | |
| 14 | | |

REDIFORM, 5A200

**GUAM OFFICE**
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-2778
Fax (671) 477-4366
E-mail: bermlaw@kuentos.guam.net

**HONOLULU OFFICE**
Suite 2800, Pacific Tower
Bishop Square, 1001 Bishop Street
Honolulu, Hawaii 96813-3580
Telephone (808) 585-8858
Fax (808) 599-4198
E-mail: mark@shklovlaw.com

# BERMAN O'CONNOR MANN & SHKLOV
ATTORNEYS AT LAW
GUAM OFFICE
www.pacific-lawyers.com

**SAIPAN OFFICE**
Second Floor, Nauru Building
P. O. Box 501969
Saipan MP 96950-1969
Telephone (670) 234-5684/5
Fax (670) 234-5683
E-mail: odb.law@Saipan.com

**POHNPEI OFFICE**
Second Floor, Ace Commercial Building
P. O. Box 1491, Kolonia, Pohnpei,
Federated States of Micronesia, 96941
Telephone (691) 320-2838
Fax (691) 320-5450
E-mail: bermlaw@mail.fm

March 19, 2003



## VIA FACSIMILE: (671) 477-5790

Sandra D. Lynch, Esq.
Brooks Lynch Tydingco & Quan, LLP
259 Martyr Street
Suite 101
Hagåtña, Guam 96910

Re: *Alice N. Salas vs. James Ji Enterprise, JJ Pacific Development*

Dear Sandy:

I am writing as a follow up on your Declaration filed on behalf of Alice Salas on March 12, 2003.

In light of the Declaration it is unclear whether you and your client accept the $6,000.00 as settlement of the case in its entirety.

1. Kindly advise whether your client will be refunding the amount of $6,000.00 paid out to her by James Ji, should she not consider this case settled. If you and your client consider this case not settled, then return all of the $6,000.00 as soon as possible to our law office.

2. If Ms. Salas has accepted $6,000.00 in full settlement of the case, our office will prepare the necessary settlement documents to be filed with the Court in this matter.

E:\Jean\Ltrs\3234.wpd

Should you wish to discuss this matter further, please feel free to contact me.

Very truly yours,

*Monica Valle*

Monica Valle

E:\Jean\Ltrs\3234.wpd

# BERMAN O'CONNOR MANN & SHKLOV
Suite 503, Bank of Guam Building
111 Chalan Santo Papa
Hagåtña, Guam 96910



Telephone: (671) 477-2778     Facsimile: (671) 477-4366

## FACSIMILE COVER SHEET

DATE: March 19, 2003

TOTAL NUMBER OF PAGES, INCLUDING THIS COVER SHEET: —3—

PLEASE DELIVER TO:

NAME: Sandra D. Lynch, Esq.

OFFICE: BROOKS LYNCH TYDINGCO & QUAN LLP

FAX NO.: (671) 477-5790

MESSAGE:

Transmitting letter dated March 19, 2003.

Regards.

THIS DOCUMENT IS FROM:

NAME: Monica Valle, Esq.

SUBJECT: Alice N. Salas vs. James Ji Enterprise, JJ Pacific Development

CONFIDENTIALITY NOTICE. The documents accompanying this transmission contain confidential information which is legally privileged. The information is intended only for the use of the recipient named above. If you have received this transmission in error, please immediately notify us by telephone, to arrange for the return of the original documents to us, and you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance upon the contents of the information contained in this transmission is strictly prohibited.

FACSIMILE OPERATOR: ___Jeannette___ (671) 477-2778

IF ANY OF THE PAGES ARE NOT LEGIBLE, OR YOU DO NOT RECEIVE ALL OF THE PAGES INDICATED ABOVE, PLEASE CONTACT THE "FACSIMILE OPERATOR" IMMEDIATELY.

```
                    *********************
                    ***   TX REPORT    ***
                    *********************

     TRANSMISSION OK

     TX/RX NO                 4914
     CONNECTION TEL                         4775790
     SUBADDRESS
     CONNECTION ID
     ST. TIME                 03/20 06:21
     USAGE T                  01'17
     PGS. SENT                    3
     RESULT                   OK
```