BERMAN O'CONNOR MANN & SHKLOV
Suite 503, Bank of Guam Bldg.
111 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone: (671) 477-2778

Attorneys for Defendants:
*JAMES JI ENTERPRISES, INC. ET AL.*

FILED
DISTRICT COURT OF GUAM
MAR 2 5 2003
MARY L. M. MORAN

56

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ALICE N. SALAS, | CIVIL CASE NO. CV02-00002 |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| JAMES JI ENTERPRISES, JJ PACIFIC DEVELOPMENT CORPORATION, JAMES JI AND HYUNG LEE, | |
| Defendant. | |

### CERTIFICATE OF SERVICE

I, Jeannette R. Torres, do hereby certify that on March 25, 2003, I caused to be served via hand-delivery a true and accurate copy of the foregoing Defendants' Motion and Memorandum to Confirm Settlement; Defendants' Declaration of Counsel Re: Final Settlement; and [Proposed] Order to Confirm Settlement to counsel as follows:

Sandra D. Lynch, Esq.
Brooks Lynch Tydingco & Quan, LLP
259 Martyr Street
Suite 101
Hagåtña, Guam 96910

_____
JEANNETTE R. TORRES

E:\Jean\Plds\1696.wpd