FILED
DISTRICT COURT OF GUAM
APR 15 2003
MARY L. M. MORAN
CLERK OF COURT
59

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| ALICE N. SALAS,<br><br>    Plaintiff,<br><br>vs.<br><br>JAMES JI ENTERPRISE, JJ PACIFIC DEVELOPMENT CORPORATION, JAMES JI, and HYUNG LEE,<br><br>    Defendants. | Civil Case No. 02-00002<br><br>**J U D G M E N T** |

Judgment is hereby entered in accordance with the Order filed April 15, 2003.

Dated this 15th day of April, 2003, Hagatna, Guam.

                                          MARY L. M. MORAN
                                          Clerk of Court

                                          By:_____
                                          Deputy Clerk

Notice is hereby given that this document was entered on the docket on APR 15 2003. No separate notice of entry on the docket will be issued by this Court.

Mary L. M. Moran
Clerk, District Court of Guam

By:_____  APR 15 2003
  Deputy Clerk       Date